# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 27, 2023

Ms. Kimberly S. Hermann
SOUTHEASTERN LEGAL FOUNDATION
Suite 104
560 W. Crossville Road
Roswell, GA  30075-7509

RE:  23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc: Mr. Braden H. Boucek
    Mr. Ransom A. Ellis III
    Ms. Tina Gardner Fowler
    Mr. Todd A. Johnson
    Mr. Derek H. MacKay
    Ms. Celia Howard O'Leary
    Ms. Jeannine Rankin
    Ms. Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 6:21-cv-03219-MDH

**Caption For Case Number: 23-1374**

Brooke Henderson; Jennifer Lumley

        Plaintiffs - Appellants

v.

Springfield R-12 School District; Board of Education of the Springfield R-12 School District; Grenita Lathan

        Defendants - Appellees

Martha Doenning

        Defendant

Yvania Garcia-Pusateri; Lawrence Anderson

        Defendants - Appellees

**Addresses For Case Participants:   23-1374**

Ms. Kimberly S. Hermann
SOUTHEASTERN LEGAL FOUNDATION
Suite 104
560 W. Crossville Road
Roswell, GA  30075-7509

Mr. Braden H. Boucek
SOUTHEASTERN LEGAL FOUNDATION
Suite 104
560 W. Crossville Road
Roswell, GA  30075-7509

Mr. Ransom A. Ellis III
ELLIS & ELLIS
A104
Suite A104
2808 S. Ingram Mill
Springfield, MO  65804-2700

Ms. Tina Gardner Fowler
ELLIS & ELLIS
Suite A104
2808 S. Ingram Mill
Springfield, MO  65804-2700

Mr. Todd A. Johnson
ELLIS & ELLIS
A104
Suite A104
2808 S. Ingram Mill
Springfield, MO  65804-2700

Mr. Derek H. MacKay
KNIGHT & NICASTRO
519 Southwest Boulevard
Kansas City, MO  64108

Ms. Celia Howard O'Leary
SOUTHEASTERN LEGAL FOUNDATION
Suite 104
560 W. Crossville Road
Roswell, GA  30075-7509

Ms. Jeannine Rankin
U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO  65806-0000

Ms. Paige A. Wymore-Wynn
U.S. DISTRICT COURT

Western District of Missouri Clerk's Office
Suite 1400
222 N. John Q. Hammons Parkway
Springfield, MO  65806-0000