UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Brooke Henderson, et al. vs. Springfield R-12 School District, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1374 for the following party(s): (please specify)

Brooke Henderson; Jennifer Lumley

[✓] Appellant(s)   [ ] Petitioner(s)   [ ] Appellee(s)   [ ] Respondent(s)   [ ] Amicus Curiae   [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Braden H Boucek   s/: Braden H Boucek

Firm Name: Southeastern Legal Foundation

Business Address: 560 West Crossville Rd. Ste 104

City/State/Zip: Roswell, GA 30075

Telephone Number (Area Code): (770) 977-2131

Email Address: bboucek@southeasternlegal.org

---

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 3/10/23, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: