UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Brooke Henderson, et al vs. Springfield R-12 School District, et al

The Clerk will enter my appearance as Counsel in Appeal No. 23-1374 for the following party(s): (please specify)

> Defendants - Appellees: Springfield R-12 School District; Board of Education of the Springfield R-12 School District; Grenita Lathan; Yvania Garcia-Pusateri; and Lawrence Anderson.

[ ] Appellant(s)   [ ] Petitioner(s)   [✓] Appellee(s)   [ ] Respondent(s)   [ ] Amicus Curiae   [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Ransom A Ellis, III    s/: /s/ Ransom A Ellis, III

Firm Name: Ellis Ellis Hammons & Johnson, P.C.

Business Address: 2808 S. Ingram Mill Rd., Suite A-104

City/State/Zip: Springfield/Missouri/65804

Telephone Number (Area Code): (417) 866-5091

Email Address: rellis3@eehjfirm.com

---

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 3/10/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: