UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| **Brooke Henderson and Jennifer Lumley,** ) <br> ) <br> **Plaintiffs-Appellants,** ) <br> ) <br> **v.** ) <br> ) <br> **School District of Springfield, R-12;** ) <br> **Board of Education for the School District** ) <br> **of Springfield, R-12; Dr. Grenita Lathan;** ) <br> **Yvania Garcia-Pusateri; and Lawrence** ) <br> **Anderson,** ) <br> ) <br> **Defendants-Appellees.** ) | **Case No: 23-1374** |

## JOINT MOTION TO HOLD APPEAL IN ABEYANCE

Plaintiffs-Appellants Brooke Henderson and Jennifer Lumley ("Appellants") and Defendants-Appellees School District of Springfield, R-12; Board of Education for the School District of Springfield, R-12; Dr. Grenita Lathan; Dr. Yvania Garcia-Pusateri; and Lawrence Anderson ("Appellees"), by and through counsel, pursuant to Federal Rule of Appellate Procedure 27 hereby present their Joint Motion to Hold Appeal in Abeyance, *see Life Plus Int'l v. Brown*, 317 F.3d 799, 804 (8th Cir. 2003) (holding appeal in abeyance while district court ruled on pending motions), and state as follows:

1. On January 12, 2023, by separate Order, the United States District Court for the Western District of Missouri granted Appellees' Motion for Summary Judgment and denied Appellants' Motion for Summary Judgment. *See*

District Court Case No. 6:21-CV-03219, Doc. 88; *also see Henderson v. Sch. Dist. of Springfield R-12*, 2023 WL 170594, *1 (W.D. Mo. 2022).

2. When issuing its Order, the District Court stated it would entertain a motion for attorney's fees on behalf of Appellees and further ordered that Appellees had until February 17, 2023, to move for attorney's fees. *See id.* at *11.

3. The District Court did not set forth an order regarding summary judgment on a separate document, *see* Fed. R. Civ. P. 58(a), or enter one as provided under Fed. R. Civ. P. 79(a).

4. In an abundance of caution, Appellants filed their Notice of Appeal in this Court on February 10, 2023. On February 22, 2023, the transmission of notice of appeal supplement to this Court was filed.

5. On February 17, 2023, Appellees filed before the District Court their Motion for Attorney's Fees, and on March 3, 2023, Appellants filed their Suggestions in Opposition. Appellees' Reply Suggestions in Further Support of their Motion for Attorney's Fees are due to be filed on or before March 17, 2023.

6. Therefore, matters are still pending before the District Court related to Appellees' attorney's fees and costs that are not fully briefed and decided. The Parties anticipate that one or both Parties may file a notice of appeal in this Court arising out of the District Court's ruling or order as to Appellees' Motion for Attorney's Fees, which may in turn, give rise to the need for a consolidated appeal.

*See* Federal Rule of Appellate Procedure 3(b) and Eighth Circuit Local Rule 27A(a)(8).

7. The Parties stipulate and agree that should either Party seek to appeal the District Court's ruling as to Appellees' Motion for Attorney's Fees that any Party choosing to appeal that ruling will do so within five (5) business days of the District Court's Order and Mandate.

8. The parties desire to make the impending appellate process as procedurally streamlined as possible for the sake of judicial economy.

9. The Parties therefore ask this Court to hold this appeal into abeyance until the District Court enters its Order as to Appellees' Motion for Attorney's Fees.

10. The Parties further stipulate and agree that should neither Party timely appeal the District Court's ruling as to Appellees' Motion for Attorney's Fees, that the Parties will confer, and Plaintiffs-Appellants will file a notice with this Court within five (5) business days after which no appeal is filed, as to that issue, informing this Court that the briefing schedule filing dates may be reconvened.

11. The Parties believe that good cause exists in that holding the appeal in abeyance will make the impending appellate process as procedurally streamlined as possible for the sake of judicial economy.

WHEREFORE, Plaintiffs-Appellants and Defendants-Appellees respectfully request that their Joint Motion to Hold Appeal in Abeyance be granted, and for such other relief as the Court deems just.

Respectfully submitted,

**SOUTHEASTERN LEGAL FOUNDATION**

By*:   /s/ Braden Boucek*
   Kimberly S. Hermann*
   GA Bar No. 646473
   Braden H. Boucek*
   TN BPR No. 021399
   GA Bar No. 396831
   Celia H. O'Leary*
   GA Bar No. 747472
   Southeastern Legal Foundation
   560 W. Crossville Road, Suite 104
   Roswell, GA  30075
   Telephone: (770) 977-2131
   khermann@southeasternlegal.org
   bboucek@southeasternlegal.org
   coleary@southeasternlegal.org

**KNIGHT NICASTRO MACKAY, LLC**

By*:   /s/ Derek H. MacKay*
   Derek H. MacKay MBN:  29129
   mackay@knightnicastro.com
   304 W. 10th Street
   Kansas City, MO 64105
   Phone:  816-679-6407
   *Attorneys for Plaintiffs-Appellants*

4

**ELLIS ELLIS HAMMONS & JOHNSON, P.C.**

By*:*   */s/ Ransom A Ellis*
    Ransom A. Ellis, III   MBN: 29129
    rellis3@eehjfirm.com
    Todd A. Johnson     MBN: 38363
    tjohnson@eehjfirm.com
    Tina G. Fowler      MBN: 48522
    tfowler@eehjfirm.com
    2808 S. Ingram Mill Road, Suite A104
    Springfield, MO 65804
    Phone: 417-866-5091
    *Attorneys for Defendants-Appellees*

**Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    __X__ this document contains 608 words, **or**

    _____ this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

    __X__ this document has been prepared in a proportionally spaced typeface using Word for Windows in 14-point font and Times New Roman type style, **or**

    _____ this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

(s) _Tina G. Fowler_

Attorney for __Defendants-Appellees__

Dated: __March 10, 2023__

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was made available to all electronic filing participants.

                              */s/ Tina G. Fowler*
                              Attorney of Record