# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 10, 2023

Ms. Kimberly S. Hermann
SOUTHEASTERN LEGAL FOUNDATION
Suite 104
560 W. Crossville Road
Roswell, GA  30075-7509

    RE:  23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al

Dear Counsel:

    This office has received certified copies of an amended notice of appeal and docket entries from the Clerk of the United States District Court. We have filed the amended notice of appeal in the above case docketed in this court on February 27, 2023.

                                Michael E. Gans
                                Clerk of Court

AEV

Enclosure(s)

cc:    Mr. Braden H. Boucek
        Mr. Ransom A. Ellis III
        Ms. Tina Gardner Fowler
        Mr. Todd A. Johnson
        Mr. Derek H. MacKay
        Ms. Celia Howard O'Leary
        Ms. Jeannine Rankin
        Ms. Paige A. Wymore-Wynn

    District Court/Agency Case Number(s):   6:21-cv-03219-MDH