Case No. 23-1374

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON and JENNIFER LUMLEY,
    *Plaintiffs – Appellants,*

v.

SCHOOL DISTRICT OF SPRINGFIELD R12 ("SPRINGFIELD PUBLIC SCHOOLS"), BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF SPRINGFIELD R12, GRENITA LATHAN in her official capacity as Superintendent of Springfield Public Schools, YVANIA GARCIA-PUSATERI in her official capacity as Chief Equity and Diversity Officer of Springfield Public Schools, and LAWRENCE ANDERSON in his official capacity as Coordinator of Equity and Diversity for Springfield Public Schools,
    *Defendants – Appellees.*

On Appeal from the United States District Court
for the Western District of Missouri, Southern Division
No. 6:21-cv-03219 (Harpool, J.)

## APPELLANTS' CERTIFICATE OF TRANSCRIPT

Kimberly S. Hermann
Braden H. Boucek
Celia Howard O'Leary
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
(770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org

*Attorneys for Plaintiffs-Appellants*

Appellants Brooke Henderson and Jennifer Lumley certify that on December 3, 2021, they ordered a transcript of the Case Management Conference proceedings dated November 16, 2021. (*See* Doc. 32, No. 6:21-cv-3219.) They further certify that on March 10, 2023, they requested that the transcript be transferred to this Court. The transcript was transferred on March 15, 2023. Appellants certify that no other transcripts will be ordered in this matter.

<u>April 12, 2023</u>.

/s/  B.H. Boucek

Kimberly S. Hermann
Braden H. Boucek
Celia Howard O'Leary
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
(770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

<u>April 12, 2023</u>.  /s/ B. H. Boucek
BRADEN H. BOUCEK