# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON and JENNIFER LUMLEY,
*Plaintiffs – Appellants,*

v.

SCHOOL DISTRICT OF SPRINGFIELD R12 ("SPRINGFIELD PUBLIC SCHOOLS"), BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF SPRINGFIELD R12, GRENITA LATHAN in her official capacity as Superintendent of Springfield Public Schools, YVANIA GARCIA-PUSATERI in her official capacity as Chief Equity and Diversity Officer of Springfield Public Schools, and LAWRENCE ANDERSON in his official capacity as Coordinator of Equity and Diversity for Springfield Public Schools,
*Defendants – Appellees.*

On Appeal from the United States District Court
for the Western District of Missouri, Southern Division
No. 6:21-cv-03219 (Harpool, J.)

## APPELLANTS' AMENDED DESIGNATION OF RECORD

Kimberly S. Hermann
Braden H. Boucek
Celia Howard O'Leary
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
(770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org

*Attorneys for Plaintiffs-Appellants*

Appellants certify that the parties will include the following documents in the Joint Appendix:

1.    Complaint (Doc. 1);

2.    Answer (Doc. 17);

3.    Amended Answer (Doc. 31);

4.    Transcript of Case Management Conference (Doc. 32);

5.    Defendants' Motion for Summary Judgment (Doc. 74);

6.    Defendants' Suggestions in Support of Motion for Summary Judgment with Exhibits (Doc. 75);

7.    Plaintiffs' Motion for Summary Judgment (Doc. 76);

8.    Plaintiffs' Suggestions in Support of Motion for Summary Judgment with Exhibits (Doc. 77);

9.    Plaintiffs' Suggestions in Opposition to Motion for Summary Judgment with Exhibits (Doc. 78);

10.    Plaintiffs' Motion to Substitute Exhibits (Doc. 79);

11.    Defendants' Suggestions in Opposition to Motion for Summary Judgment with Exhibits (Doc. 80);

12.    Order Granting Plaintiffs' Motion to Substitute Exhibits (Doc. 81);

13.    Plaintiffs' Reply Suggestions to Motion for Summary Judgment (Doc. 82);

14. Defendants' Reply Suggestions to Motion for Summary Judgment (Doc. 83);

15. Order Granting Defendants' Motion for Summary Judgment (Doc. 88);

16. Notice of Appeal (Doc. 89);

17. Defendants' Motion for Attorney Fees with Exhibits (Doc. 98);

18. Plaintiffs' Response to Defendants' Motion for Attorney Fees (Doc. 103);

19. Defendants' Reply in Support of Motion for Attorney Fees (Doc. 106);

20. Order Granting Defendants' Motion for Attorney Fees (Doc. 107);

21. Judgment (Doc. 108);

22. Proposed Bill of Costs (Doc. 109);

23. Amended Notice of Appeal (Doc. 110);

24. Plaintiffs' Objection to Bill of Costs (Doc. 114);

25. Defendants' Reply in Support of Bill of Costs (Doc. 118);

26. Order Granting Defendants' Bill of Costs (Doc. 120);

27. Second Amended Notice of Appeal (Doc. 122).


April 26, 2023.                    /s/ B. H. Boucek

Kimberly S. Hermann
Braden H. Boucek
Celia Howard O'Leary
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
(770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

April 26, 2023.                          /s/ B. H. Boucek
                                         BRADEN H. BOUCEK