Case No. 23-1880

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON and JENNIFER LUMLEY,
        *Plaintiffs – Appellants,*

v.

SCHOOL DISTRICT OF SPRINGFIELD R12 ("SPRINGFIELD PUBLIC SCHOOLS"), BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF SPRINGFIELD R12, GRENITA LATHAN in her official capacity as Superintendent of Springfield Public Schools, YVANIA GARCIA-PUSATERI in her official capacity as Chief Equity and Diversity Officer of Springfield Public Schools, and LAWRENCE ANDERSON in his official capacity as Coordinator of Equity and Diversity for Springfield Public Schools,
        *Defendants – Appellees*.

On Appeal from the United States District Court
for the Western District of Missouri, Southern Division
No. 6:21-cv-03219 (Harpool, J.)

## APPELLANTS' CERTIFICATE OF TRANSCRIPT

        Kimberly S. Hermann
        Braden H. Boucek
        Celia Howard O'Leary
        SOUTHEASTERN LEGAL FOUNDATION
        560 W. Crossville Rd., Ste. 104
        Roswell, GA 30075
        (770) 977-2131
        khermann@southeasternlegal.org
        bboucek@southeasternlegal.org
        coleary@southeasternlegal.org

        *Attorneys for Plaintiffs-Appellants*

This Court has consolidated the above-captioned case with *Henderson, et al. v. Springfield Public Schools, et al.*, No. 23-1374. Appellants certify that they ordered a transcript of the Case Management Conference proceedings dated November 16, 2021, to be transferred to this Court. (*See* Doc. 32, No. 6:21-cv-3219.) They further certify that the transcript was transferred to Docket No. 23-1374 on March 15, 2023. Appellants certify that no other transcripts will be ordered in this matter.

<u>May 1, 2023</u>.                              /s/ B.H. Boucek

Kimberly S. Hermann
Braden H. Boucek
Celia Howard O'Leary
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
(770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

<u>May 1, 2023</u>.  /s/ B. H. Boucek  
BRADEN H. BOUCEK