# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Mr. Braden H. Boucek |
| **CC:** | Mr. Ransom A. Ellis III |
| | Ms. Tina Gardner Fowler |
| | Ms. Kimberly S. Hermann |
| | Mr. Todd A. Johnson |
| | Mr. Derek H. MacKay |
| | Ms. Celia Howard O'Leary |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | May 12, 2023 |
| **RE:** | 23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al |
| | 23-1880  Brooke Henderson, et al v. Springfield R-12 School District, et al |

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__   The caption on the brief should reflect either the full or short caption on the docket.

__X__   CERTIFICATE OF COMPLIANCE is missing or does not comply with FRAP 32(a)(7)(B).

Please provide the name/version of the word processing software used.

__X__   REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
   __x__   Please include an appendix reference for the dual references to the addendum and district court docket, and please provide an appendix and district court docket reference for the single references to the addendum. (App._____ R. Doc. _____, at _____.)

Please also correct the reference to "JA2185, **Doc.** 77-22 at 1" on page 24 (pdf page 33) of the brief.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.