# No. 23-1374

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON, et al.,
   *Plaintiffs-Appellants*,
v.

SPRINGFIELD R-12 SCHOOL DISTRICT, et al.,
   *Defendants-Appellees*.

———————

On Appeal from the United States District Court
for the Western District of Missouri
Case No. 19-cv-00102 (Harpool, J.)

**Certificate of Compliance re Motion for Leave to File Brief of *Amicus Curiae* Hamilton Lincoln Law Institute in Support of Plaintiffs-Appellants and Reversal**

Adam E. Schulman
John M. Andren
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street, NW, Suite 300
Washington, DC 20006
Phone: (610) 457-0856
Email: adam.schulman@hlli.org

*Attorneys for* Amicus Curiae
*Hamilton Lincoln Law Institute*

Pursuant to Federal Rule of Appellate Procedure 27, the undersigned certifies that Hamilton Lincoln Law Institute's Motion for Leave to File Brief of Amicus Curiae Hamilton Lincoln Law Institute in Support of Plaintiffs-Appellants and Reversal complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because the motion is 444 words long, excluding the parts exempted by Fed. R. App. P. 32(f). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in 14-point CenturyExpd BT font.

Dated: May 17, 2023

>*/s/ Adam E. Schulman*
>Adam E. Schulman

**Proof of Service**

    I hereby certify that on May 17, 2023, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Eighth Circuit using the CM/ECF system, thereby effecting service on counsel of record who are registered for electronic filing.

Executed on May 17, 2023.

                                              */s/ Adam E. Schulman*
                                              Adam E. Schulman