# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1374

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)

---

**ORDER**

Hamilton Lincoln Law Institute has filed a motion for permission to file an amicus brief and has tendered a proposed amicus brief on behalf of Appellants. The parties are hereby notified that they have ten (10) days from the date of this order to file objections to the motion. If at the end of that time no objections have been filed, the motion will be granted, and the brief will be filed.

May 17, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans