Nos. 23-1374 & 23-1880

# In the United States Court of Appeals for the Eight Circuit

---

BROOKE HENDERSON et al.,

*Plaintiffs-Appellants*,

v.

SCHOOL DISTRICT OF SPRINGFIELD R12, et al.,

*Defendants-Appellees*.

---

Appeal from a Judgment of the United States District Court
for the Western District of Missouri (Southern Division),
The Hon. Douglas M. Harpool
(Dist. Ct. No. 6:21-cv-03219)

---

## MOTION BY INSTITUTE FOR FREE SPEECH AND MANHATTAN INSTITUTE FOR LEAVE TO FILE AN AMICI CURIAE BRIEF IN SUPPORT OF APPELLANTS AND REVERSAL

---

| | |
|---|---|
| Ilya Shapiro | Endel Kolde |
| MANHATTAN INSTITUTE | Alan Gura |
| 52 Vanderbilt Ave. | INSTITUTE FOR FREE SPEECH |
| New York, NY 10017 | 1150 Connecticut Ave., N.W., Ste. 801 |
| 212-599-7000 | Washington, DC 20036 |
| ishapiro@ | 202-301-1664 |
| manhattan-institute.org | dkolde@ifs.org |
| | agura@ifs.org |
| May 17, 2023 | Counsel for Amici Curiae |

Appellate Case: 23-1374    Page: 1    Date Filed: 05/17/2023 Entry ID: 5278289

MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE

Pursuant to Fed. R. App. P. 29(a)(3), movants Institute for Free Speech (IFS) and the Manhattan Institute respectfully submit this motion for leave to file brief of amici curiae in the above captioned proceeding, *Henderson, et al. v. School District of Springfield R12, et al.* (Nos. 23-1374 & 23-1880). Counsel for amicus IFS sought consent from the parties and received it from Plaintiffs-Appellants, but Defendants-Appellees declined.

INTERESTS OF MOVANTS

IFS is a nonpartisan, nonprofit organization dedicated to the protection of the First Amendment rights of speech, assembly, press, and petition. IFS represents individuals and civil society organizations, pro bono, in litigation securing their First Amendment liberties. Resisting compelled speech is a core aspect of IFS's organizational mission in fostering free speech. IFS has an interest in this case because the public employer's workplace training violates the First Amendment by compelling speech.

The Manhattan Institute is a nonpartisan public policy research foundation whose mission is to develop and disseminate new ideas that foster greater economic choice and individual responsibility. To that end, it has historically sponsored scholarship supporting the rule of law and opposing government overreach, including in the marketplace of

1

ideas. It also participates as amicus curiae in cases like this one to help educate courts on areas within Manhattan Institute's unique expertise.

## THE BRIEF'S RELEVANCE AND DESIRABILITY

Courts are "usually delighted to hear additional arguments from able amici that will help the court toward right answers." *Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 567 (1st Cir. 1999). This is particularly true when an amicus provides "information on matters of law about which there was doubt, especially in matters of public interest." *United States v. Michigan*, 940 F.2d 143, 164 (6th Cir. 1991) (citation omitted). "'No matter who a would-be amicus curiae is, therefore, the criterion for deciding whether to permit the filing of an amicus brief should be the same: whether the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs.'" *Animal Prot. Inst. v. Merriam*, No. 06-3776, 2006 U.S. Dist. LEXIS 95724, at *4 (D. Minn. Nov. 16, 2006) (quoting *Voices for Choices v. Illinois Bell Telephone Co.,* 339 F.3d 542, 545 (7th Cir. 2003)).

IFS and the Manhattan Institute are well-suited to help this Court in this case involving complex matters of constitutional law. The growing trend towards antiracism indoctrination and diversity, equity, and inclusion (DEI) training in the public sector has been met with resistance from those with traditional, colorblind viewpoints. IFS's and

the Manhattan Institute's brief explains that the school district's mandatory workplace training runs afoul of the First Amendment and Equal Protection Clause by promoting the embrace of conscious antiracism and a rejection of colorblindness, effectively calling for employees to become practicing antiracists who advocate for social change at risk of incurring personal liability for violating federal law and well-established constitutional rights. The brief also highlights how the school district forced employees to set aside their individual rights, confess their privilege, and declare a fealty to antiracism in violation of the First Amendment. It expands on this Circuit's well-developed precedent in favor of honoring litigants' rights to bring civil rights actions under 42 U.S.C. § 1983.

IFS and the Manhattan Institute offer a unique perspective on the district court's decision and how it threatens free speech rights. Given the subject matter before the Court, and the implications for dissenters who wish to challenge the government's policies in the future, amici requests leave to file a brief.

## Conclusion

Based on the foregoing, IFS and the Manhattan Institute respectfully request this Court grant this motion for leave to file a brief as amici curiae in support of plaintiff-appellant.

3

Dated: May 17, 2023

Respectfully submitted,

| | |
|---|---|
| *s/Ilya Shapiro* | *s/Endel Kolde* |
| Ilya Shapiro | Endel Kolde |
| MANHATTAN INSTITUTE | Alan Gura |
| 52 Vanderbilt Ave. | INSTITUTE FOR FREE SPEECH |
| New York, NY 10017 | 1150 Connecticut Ave., N.W., #801 |
| 212-599-7000 | Washington, DC 20036 |
| ishapiro@ manhattan-institute.org | 202-301-1664 |
| | dkolde@ifs.org |
| | agura@ifs.org |

Counsel for Amici Curiae

CERTIFICATE OF COMPLIANCE

In accordance with FED. R. APP. P. 27 and 32, I certify that this brief is set in 14-point Century Schoolbook, a proportionately spaced font, and as, calculated by Microsoft Word, contains 632 words. I further certify that this brief is virus free, as determined by Windows Security – Virus & threat protection.

Dated: May 17, 2023

*s/Endel Kolde*

CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed this brief using the appellate CM/ECF system and that all participants are registered CM/ECF users and will be served via that platform.

Dated: May 17, 2023

*s/Endel Kolde*