Nos. 23-1374 & No. 23-1880

# In the United States Court of Appeals for the Eighth Circuit

BROOKE HENDERSON, et al.,
*Plaintiffs-Appellants*,

v.

SCHOOL DISTRICT OF SPRINGFIELD R-12, et al.,
*Defendants-Appellees*,

On Appeal from the United States District Court
for the Western District of Missouri,
No. 6:21-cv-03219 (Harpool, J.)

───────────────────

**MOTION OF PARENTS DEFENDING EDUCATION
FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF APPELLANTS
AND REVERSAL**

───────────────────

J. MICHAEL CONNOLLY
CAMERON T. NORRIS
JAMES F. HASSON
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22201
(703) 243-9423
mike@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com
*Counsel for Parents Defending Education*

# RULE 26.1 CORPORATE DISCLOSURE STATEMENT

*Amicus Curiae* Parents Defending Education hereby certifies that it has no parent company and no publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Parents Defending Education ("PDE") moves for leave to file the attached brief as *amicus curiae* in support of Appellants. All parties have been notified of PDE's intent to file this brief. Appellants have consented to the filing of this brief. Appellees oppose.

PDE is a nationwide, grassroots membership organization consisting largely of parents of school-aged children. PDE's mission is to prevent the politicization of K-12 education, including government attempts to compel or chill speech on critical matters of public debate. PDE furthers this mission through network and coalition building, disclosure of harmful school policies, advocacy, and, if necessary, litigation.

The proposed brief provides relevant arguments about the First Amendment's prohibition of compelled speech, when the existence of a school district policy can be properly inferred from administrators' actions, and the high bar that prevailing defendants must clear to be eligible for fee awards in civil rights litigation. As the brief explains, the district court's approach to each of those legal issues constituted reversible error. Thus, the brief adds pertinent arguments on issues central to the proper resolution of this case.

For these reasons, the Court should grant the motion and file the attached brief.

Dated: May 18, 2023

Respectfully Submitted,

*/s/ James F. Hasson*

J. MICHAEL CONNOLLY
CAMERON T. NORRIS
JAMES F. HASSON
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
(703) 243-9423
mike@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com

*Counsel for Parents Defending Education*

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 32(a)(7)(B) because it contains 202 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: May 18, 2023                              */s/ James F. Hasson*

## VIRUS CHECK CERTIFICATION

The electronic version of this motion has been scanned and is virus-free.

                                                             */s/ James F. Hasson*

## CERTIFICATE OF SERVICE

I filed this motion with the Court via ECF, which will email everyone requiring notice.

Dated: May 18, 2023                              */s/ James F. Hasson*