Case No. 23-1374
(Consolidated with Case No. 23-1880)
_____

# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
_____

BROOKE HENDERSON and JENNIFER LUMLEY,

*Plaintiffs—Appellants*,

v.

SCHOOL DISTRICT OF SPRINGFIELD R12, BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF SPRINGFIELD R12, GRENITA LATHAN in her official capacity as Superintendent of Springfield Public Schools, YVANIA GARCIA-PUSATERI in her official capacity as Chief Equity and Diversity Officer of Springfield Public Schools, and LAWRENCE ANDERSON in his official capacity as Coordinator of Equity and Diversity for Springfield Public Schools,

*Defendants—Appellees*.
_____

On Appeal from the United States District Court for the
Western District of Missouri, Southern Division
Case No. 6:21-cv-03219 (Harpool, J.)
_____

# PACIFIC LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE A BRIEF AMICUS CURIAE IN SUPPORT OF PLAINTIFFS—APPELLANTS
_____

JOSHUA P. THOMPSON
WILSON C. FREEMAN
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
jthompson@pacificlegal.org
wfreeman@pacificlegal.org

*Attorneys for Amicus Curiae Pacific Legal Foundation*

Pursuant to Federal Rule of Appellate Procedure 29(a), Pacific Legal Foundation (PLF) moves for leave to file an amicus brief in support of Plaintiffs-Appellants. The proposed brief accompanies this motion.

Proposed Amicus PLF requested consent from the parties to file its brief. Counsel for Plaintiffs-Appellants consented, but counsel for Defendants-Appellees declined. Accordingly, PLF files this motion seeking leave to file the accompanying brief.

### I. PLF Has a Strong Interest in Participating as Amicus Curiae

PLF was founded in 1973 to litigate public interest and civil rights cases in state and federal courts nationwide. PLF is a donor-funded organization that represents clients free of charge to challenge violations of their constitutional and statutory rights. PLF has directly represented civil rights plaintiffs in the Supreme Court nearly twenty times, including three this year. *See Wilkins v. United States*, 143 S. Ct. 870 (2023); *Sackett v. E.P.A.*, No. 21-454 (2022); *Tyler v. Hennepin Cnty., Minn.*, No. 22-166 (2023). In addition, PLF has appeared countless times in federal appellate and district courts as well as state courts—all to vindicate constitutional and civil rights.

PLF has an interest in the district court's decision here to award over $300,000 to defendants in a section 1983 civil rights action. PLF frequently litigates cases under 42 U.S.C. § 1983 and under the First Amendment. *See, e.g., Minnesota Voters*

1

*All. v. Mansky*, 138 S. Ct. 1876, 1892 (2018) (declaring unconstitutional Minnesota statute banning certain clothing or items near polling places); *Keller v. State Bar of California*, 496 U.S. 1, 17 (1990) (compulsory dues collected by legal association could not be used to subsidize ideological activities); *Weiss v. Perez*, No. 22-CV-00641-BLF, 2022 WL 11337461, at *7 (N.D. Cal. Oct. 19, 2022) (denying motion to dismiss in section 1983 action alleging First Amendment retaliation); *Ostrewich v. Hudspeth*, No. 4:19-CV-00715, 2021 WL 4480750, at *18 (S.D. Tex. Sept. 30, 2021) (striking down provision of Texas law prohibiting wearing certain clothes under the First Amendment). Here, Plaintiffs-Appellants are supported and represented by a nonprofit operating free of charge, like PLF, and are engaged in a valuable American tradition of advancing civil rights through litigation. The precedent set by this award and the court's legal error potentially threatens PLF's—and other civil rights organizations—ability to undertake its mission and threatens the advancement of civil rights generally.

The court's award of a sizable fee to the Defendants is a threat not only to PLF's work but to civil rights litigation generally. Constitutional litigation and the effort to advance civil rights involves many uncertainties. PLF has litigated cases—and won—where a Supreme Court victory was needed to vindicate the right at issue. *See, e.g.*, *Cedar Point Nursery v. Hassid*, 141 S. Ct. 2063, 2080 (2021) (reversing Ninth Circuit and trial court decisions in concluding regulation which invaded

Appellate Case: 23-1374   Page: 3   Date Filed: 05/19/2023 Entry ID: 5278979

employer's property was a taking); *Sackett v. E.P.A.*, 566 U.S. 120, 131 (2012) (reversing Ninth Circuit and trial court decisions in finding compliance order reviewable under the APA). Aggressive constitutional litigation is made possible only if the Supreme Court's frivolousness standard for attorneys' fee shifting is rigorously maintained. The district court's erroneous decision threatens that balance.

## II. PLF's Amicus Brief Will Be Helpful to the Court in Its Deliberations

PLF is ideally placed to assist the Court on the issue outlined above. PLF has expertise in civil rights litigation, First Amendment litigation, and frequently deals with attorneys' fees issues under 42 U.S.C. § 1988.

Furthermore, the attached brief is limited to addressing this issue of attorneys' fees. In its brief, PLF explains how the district court committed legal error in its application of the "frivolous, unreasonable, or groundless" standard of *Christiansburg Garment Co. v. Equal Emp. Opportunity Comm'n*, 434 U.S. 412, 422 (1978), because it was purely post-hoc reasoning, and how the court's mistake threatens pro-bono civil rights litigation by raising the costs for an already costly and risky enterprise. The briefing of this issue will be helpful to the Court in its deliberations.

3

### III. Conclusion

For the foregoing reasons, PLF respectfully asks the Court to grant its motion for leave to file the attached brief.

DATED: May 19, 2023.

Respectfully submitted,

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON
WILSON C. FREEMAN
    Pacific Legal Foundation
    555 Capitol Mall, Suite 1290
    Sacramento, California 95814
    Telephone: (916) 419-7111
    Facsimile: (916) 419-7747
    jthompson@pacificlegal.org
    wfreeman@pacificlegal.org

*Attorneys for Amicus Curiae Pacific Legal Foundation*