# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

Nos. 23-1374 and 23-1880

Brooke Henderson; Jennifer Lumley,

*Plaintiffs-Appellants*

v.

Springfield R-12 School District; Board of Education of the Springfield R-12 School District; Grenita Lathan,

*Defendants-Appellees*

Martha Doenning,

*Defendant*

Yvania Garcia-Pusateri; Lawrence Anderson,

*Defendants-Appellees*

## MOTION FOR LEAVE TO FILE BRIEF ON BEHALF OF PROSPECTIVE *AMICUS CURIAE* CENTER OF THE AMERICAN EXPERIMENT IN SUPPORT OF PLAINTIFFS-APPELLANTS

Douglas P. Seaton
James V. F. Dickey
UPPER MIDWEST LAW CENTER
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
(612) 428-7002
*Attorneys for* Amicus Curiae *Center of the American Experiment*

Pursuant to Rule 29, Federal Rules of Appellate Procedure, Center of the American Experiment ("CAE") hereby moves this Court for an order allowing it to file the attached *amicus curiae* brief in support of Plaintiffs-Appellants Brooke Henderson and Jennifer Lumley ("Educators").[1] In support of this motion, CAE states:

## MOVANT'S INTEREST

CAE is "Minnesota's think tank." It is a non-partisan educational organization dedicated to the principles of individual sovereignty, private property and the rule of law. It advocates for creative policies that limit government involvement in individual affairs and promotes competition and consumer choice in a free market environment. It also supports colorblind, race-neutral policies in education and employment, consistent with the promise of the Fourteenth Amendment to the United States Constitution.

To that end, CAE opposes the mandatory imposition of so-called "antiracist" diversity, equity, and inclusion ("DEI") efforts on K-12 students, teachers, and government employees. The Center is a nonprofit, tax-exempt

---

[1] No party's counsel authored this motion, in whole or in part. No party or party's counsel contributed money intended to fund preparing or submitting this motion. No person, other than the amicus curiae, its members, or its counsel, contributed money intended to fund preparing or submitting this motion.

1

educational organization under Section 501(c)(3) of the Internal Revenue Code.

## CONSENT OF THE PARTIES

CAE has obtained affirmative consent from Plaintiffs-Appellants to the filing of the proposed *amicus curiae* brief. On May 8, 2023, CAE sought the consent of Defendants-Appellees for the filing of the brief, and on May 10, 2023, Defendants-Appellees, through counsel, refused to consent to the filing of the brief. CAE thus moves the Court to grant it leave to file the brief.

## REASONS FOR AND RELEVANCE OF CAE'S *AMICUS CURIAE* BRIEF

CAE is heavily involved in Minnesota policy related to the imposition of "antiracist" diversity, equity, and inclusion ("DEI") requirements in K-12 education, which is closely related to the "antiracist" policies implicated in this case. *See., e.g.*, Katherine Kersten, "The Revolution in Minnesota's Schools," *Center of the American Experiment*, Jan. 21, 2021, *available at* https://www.americanexperiment.org/the-revolution-in-minnesotas-schools/; Katherine Kersten, "Legislature is planning an 'antiracist' revolution in Minnesota schools," *Center of the American Experiment*, Apr. 19, 2023, *available at* https://www.americanexperiment.org/legislature-is-planning-an-antiracist-revolution-in-minnesota-schools/.

CAE has also covered the Upper Midwest Law Center's similar cases seeking to uphold employee rights against required and coercive "antiracist" DEI training and corresponding mandates from employers. Bill Walsh, "UMLC files lawsuits on behalf of American victims of CRT bullying and retaliation," *Center of the American Experiment*, Jul. 29, 2021, *available at* https://www.americanexperiment.org/umlc-files-lawsuits-on-behalf-of-american-victims-of-crt-bullying-and-retaliation/.

CAE believes the Court could benefit from its perspective, described herein, related to the inherent coercive effect that mandatory "antiracist" DEI training has on employees, as well as a discussion as to how these trainings are manifesting in other similar cases being litigated in this Court arising from Minnesota. CAE would explain how antiracism cannot be compared with traditional and legitimate human-resources training which calls for an employee response, like sexual harassment training. And CAE would show how the District Court acknowledged over a dozen ways in which the District's "antiracism" training was coercive, including conditioning pay on attending training, forced answers to questions to complete a module, and open criticism of Appellants' worldview in front of their peers.

## CONCLUSION

For the foregoing reasons, the Center of the American Experiment respectfully requests the Court grant it leave to file an *amicus curiae* brief in support of Plaintiffs-Appellants in this case.

Respectfully submitted,

**UPPER MIDWEST LAW CENTER**

Dated: May 19, 2023

 */s/ James V. F. Dickey*
Douglas P. Seaton (#127759)
James V. F. Dickey (#393613)
8421 Wayzata Blvd., Suite 300
Golden Valley, Minnesota 55426
Doug.Seaton@umlc.org
James.Dickey@umlc.org
(612) 428-7000

Attorneys for Proposed *Amicus Curiae*
Center of the American Experiment

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 564 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word Version 2302 in Times New Roman font, 14-point.

3. The brief has been scanned for viruses and is virus free.

|  | **UPPER MIDWEST LAW CENTER** |
|---|---|
| Dated: May 19, 2023 | */s/ James V. F. Dickey*<br>Douglas P. Seaton (#127759)<br>James V. F. Dickey (#393613)<br>8421 Wayzata Blvd., Suite 300<br>Golden Valley, Minnesota 55426<br>doug.seaton@umlc.org<br>james.dickey@umlc.org<br>(612) 428-7000<br><br>*Attorneys for Center of the American Experiment* |

# CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25, I hereby certify that I electronically filed this motion with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system on May 19, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                            **UPPER MIDWEST LAW CENTER**

Dated: May 19, 2023                */s/ James V. F. Dickey*
Douglas P. Seaton (#127759)
James V. F. Dickey (#393613)
8421 Wayzata Blvd., Suite 300
Golden Valley, Minnesota 55426
Doug.Seaton@umlc.org
James.Dickey@umlc.org
(612) 428-7000

Attorneys for Proposed *Amicus Curiae*
Center of the American Experiment