# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1374

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

No: 23-1880

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)
(6:21-cv-03219-MDH)

---

**ORDER**

Institute for Free Speech and Manhattan Institute, Parents Defending Education, Cato Institute, and Center of the American Experiment have filed motions for permission to file amici

briefs and have tendered proposed amici briefs on behalf of Appellants. The parties are hereby notified that they have ten (10) days from the date of this order to file objections to the motions. If at the end of that time no objections have been filed, the motions will be granted, and the briefs will be filed.

May 19, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans