Case No. 23-1374
(Consolidated with Case No. 23-1880)
_____

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
_____

BROOKE HENDERSON and JENNIFER LUMLEY,

*Plaintiffs–Appellants*,

v.

SCHOOL DISTRICT OF SPRINGFIELD R12, BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF SPRINGFIELD R12, GRENITA LATHAN in her official capacity as Superintendent of Springfield Public Schools, YVANIA GARCIA-PUSATERI in her official capacity as Chief Equity and Diversity Officer of Springfield Public Schools, and LAWRENCE ANDERSON in his official capacity as Coordinator of Equity and Diversity for Springfield Public Schools,

*Defendants–Appellees*.
_____

On Appeal from the United States District Court for the
Western District of Missouri, Southern Division
Case No. 6:21-cv-03219 (Harpool, J.)
_____

# CERTIFICATE OF COMPLIANCE FOR PACIFIC LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE A BRIEF AMICUS CURIAE IN SUPPORT OF PLAINTIFFS–APPELLANTS
_____

JOSHUA P. THOMPSON
WILSON C. FREEMAN
   Pacific Legal Foundation
   555 Capitol Mall, Suite 1290
   Sacramento, California 95814
   Telephone: (916) 419-7111
   Facsimile: (916) 419-7747
   jthompson@pacificlegal.org
   wfreeman@pacificlegal.org

*Attorneys for Amicus Curiae Pacific Legal Foundation*

1. This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because:

[X] this document contains 680 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

[X] this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14 point.

3. Pursuant to 8th Cir. R. 28A(h)(2), this document has been scanned by Symantec Endpoint Protection and is free of all known viruses.

DATED: May 19, 2023.

Respectfully submitted,

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON
WILSON C. FREEMAN
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
jthompson@pacificlegal.org
wfreeman@pacificlegal.org

*Attorneys for Amicus Curiae Pacific Legal Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON