# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 19, 2023

Ms. Cynthia Fleming Crawford
AMERICANS FOR PROSPERITY FOUNDATION
Suite 700
1310 N. Courthouse Road
Arlington, VA  22201

      RE:  23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al
             23-1880  Brooke Henderson, et al v. Springfield R-12 School District, et al

Dear Counsel:

     The amicus curiae brief of the Alliance Defending Freedom, American Civil Liberties Union of Missouri, Americans for Prosperity Foundation, Defense of Freedom Institute for Policy Studies, Foundation for Individual Rights and Expression and Reason Foundation has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

     Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

                                                         Michael E. Gans
                                                          Clerk of Court

CRJ

Enclosure(s)

cc:     Mr. John M. Andren
           Mr. Thomas Arthur Berry
           Mr. Braden H. Boucek
           Mr. John J. Bursch
           Mr. John Michael Connolly
           Mr. Donald A. Daugherty Jr.
           Mr. Nicholas DeBenedetto
           Mr. James Dickey
           Mr. Ransom A. Ellis III

Ms. Tina Gardner Fowler
Mr. Wilson C. Freeman
Mr. Alan Gura
Mr. James Hasson
Ms. Kimberly S. Hermann
Mr. Mathew W. Hoffmann
Mr. Todd A. Johnson
Mr. Endel Kolde
Mr. Tyson C. Langhofer
Mr. Derek H. MacKay
Mr. Casey Mattox
Mr. Cameron Thomas Norris
Ms. Celia Howard O'Leary
Mr. Adam E. Schulman
Mr. Douglas Seaton
Mr. Ilya Shapiro
Mr. Joshua Paul Thompson

District Court/Agency Case Number(s): 6:21-cv-03219-MDH
6:21-cv-03219-MDH