Nos. 23-1374 & 23-1880

# In the
# United States Court of Appeals
## for the Eighth Circuit

BROOKE HENDERSON, ET AL.,
*Plaintiffs-Appellants*,

v.

SPRINGFIELD R-12 SCHOOL DISTRICT, ET AL.,
*Defendants-Appellees*.

**Appeal from the United States District Court for the Western District of Missouri
Honorable M. Douglas Harpool
(6:21-cv-03219-MDH)**

## MOTION FOR LEAVE TO FILE BRIEF FOR *AMICUS CURIAE* AMERICA FIRST LEGAL FOUNDATION IN SUPPORT OF PLAINTIFF-APPELLANTS AND REVERSAL

NICHOLAS R. BARRY
  *Counsel of Record*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE, #231
Washington, D.C. 20003
(202) 964-3721
nicholas.barry@aflegal.org

*Attorney for Amicus Curiae*

America First Legal Foundation ("America First Legal") moves for leave to file the attached *amicus curiae* brief in support of Plaintiffs-Appellants. *See* Fed. R. App. P. 27, 29. America First Legal contacted the parties in this case to seek their consent to the filing of an *amicus curiae* brief. The Plaintiffs-Appellants consented. The Defendants-Appellees did not. Accordingly, America First Legal seeks this Court's consent to file the attached brief under Rule 29(a)(2) of the Federal Rules of Appellate Procedure.

America First Legal is a public interest law firm dedicated to vindicating Americans' constitutional and common-law rights, protecting their civil liberties, and advancing the rule of law. America First Legal regularly represents individuals and entities in federal and state courts across the United States. As a public interest law firm that brings civil-rights-related cases, including those under 42 U.S.C. § 1983, America First Legal has significant interests in the outcome of this case.

Civil rights litigation and cases involving compelled speech and the First Amendment or political disputes are contentious areas of litigation. Still, civil rights play a fundamental role in our justice system. While courts may not always recognize claims or find them to be meritorious,

the right to be heard in and of itself plays a significant part in promoting peace.

In this case, the district court wrongly imposed fees that amount to sanctions against the Plaintiffs-Appellants—two educators and their lawyers—who merely sought to be heard on a genuine civil rights claim. The District Court abused its discretion in this case by imposing costs that effectively amount to significant sanctions—chilling the willingness of future plaintiffs to seek to vindicate their rights in the federal courts.

For these reasons, America First Legal respectfully requests that this Court grant the motion for leave to file an amicus brief and reverse the district court's order sanctioning Appellants.

Respectfully Submitted,

*/s/ Nicholas R. Barry*
Nicholas R. Barry
TN Bar No. 031963
611 Pennsylvania Ave SE #231
Washington, DC 20003
(202) 964-3721
nicholas.barry@aflegal.org

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this motion complies with the typeface and formatting requirements of Fed. R. App. P. 27, 29 and 32, and that it contains 308 words as determined by the word-count feature of Microsoft Word. The brief has been scanned for viruses and is virus free.

s/ Nicholas R. Barry

## CERTIFICATE OF SERVICE

I hereby certify that, on May 19, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

s/ Nicholas R. Barry