UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Brooke Henderson, et al vs. Springfield R-12 School District, et al

The Clerk will enter my appearance as Counsel in Appeal No. 21-1374, 23-1880 for the following party(s): (please specify)

Americans for Prosperity Foundation; Alliance Defending Freedom;
Foundation for Individual Rights and Expression;
Defense of Freedom Institute for Policy Studies; Reason Foundation;
American Civil Liberties Union of Missouri

☐ Appellant(s)　☐ Petitioner(s)　☐ Appellee(s)　☐ Respondent(s)　☑ Amicus Curiae　☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Cynthia Fleming Crawford　s/: Cynthia Fleming Crawford

Firm Name: Americans for Prosperity Foundation

Business Address: 1310 N. Courthouse Road, Seventh Floor

City/State/Zip: Arlington/VA/22201

Telephone Number (Area Code): (571) 329-2227

Email Address: ccrawford@afphq.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 5/22/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: