# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1374

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

No: 23-1880

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)
(6:21-cv-03219-MDH)

**ORDER**

America First Legal Foundation, Pacific Legal Foundation, and Goldwater Institute, Kansas Justice Institute, Mississippi Justice Institute, and Show Me Institute have filed motions for permission to file amicus briefs and have tendered proposed amicus briefs on behalf of Appellants. The parties are hereby notified that they have ten (10) days from the date of this order to file objections to the motions. If at the end of that time no objections have been filed, the motions will be granted, and the briefs will be filed.

May 22, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans