# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Henderson et al. vs. Springfield R-12 School District

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1374 for the following party(s): (please specify)

Alliance Defending Freedom

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Mathew W. Hoffmann s/: Mathew W. Hoffmann

Firm Name: Alliance Defending Freedom

Business Address: 44180 Riverside Parkway

City/State/Zip: Lansdowne, VA 20176

Telephone Number (Area Code): 571-707-4655

Email Address: mhoffmann@ADFLegal.org

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 05/22/23, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: