Case Nos. 23-1374 & 23-1880

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON and JENNIFER LUMLEY

*Plaintiffs-Appellants*

v.

SCHOOL DISTRICT OF SPRINGFIELD R-12, et al.,

*Defendants-Appellees*

On Appeal from the United States District Court
for the Western District of Missouri - Springfield
Case No. 6:21-cv-03219, Hon. M. Douglas Harpool, presiding

**Motion for Leave to File Brief of *Amici Curiae* Mountain States Legal Foundation and Texas Public Policy Foundation**

William E. Trachman
Erin M. Erhardt
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO 80227
Tele: (303) 292-2021
Email: wtrachman@mslegal.org

Matthew Miller
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Tele: (512) 472-2700
Email: mmiller@texaspolicy.com

*Attorneys for Amici Curiae Mountain States Legal Foundation and Texas Public Policy Foundation*

# CORPORATE DISCLOSURE STATEMENTS

Amicus Curiae Mountain States Legal Foundation hereby certifies that it has no parent company and no publicly held corporation owns 10% or more of its stock.

Amicus Curiae Texas Public Policy Foundation hereby certifies that it has no parent company and no publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Appellate Procedure 29, Mountain States Legal Foundation and Texas Public Policy Foundation move for leave to file the attached *amici curiae* brief in support of Plaintiff-Appellants.

Pursuant to Fed. R. App. P. 29(a)(2), counsel for *amici* informed counsel for Plaintiffs-Appellants and Defendants-Appellees of the intent to file an *amici curiae* brief. Plaintiffs-Appellants provided blank consent for filing this brief. By contrast, on May 10, 2023, Defendants-Appellees informed counsel for *amici* that they <u>oppose</u> the filing of this brief.

As set forth below, the proposed brief brings important and experience-based perspectives to the Court's attention that are not already discussed by the parties, and which are directly relevant to the issues presented in Plaintiffs' motion.

*Amici* have a strong interest in the proper interpretation and application of the public employee speech doctrine. Accordingly, Mountain States Legal Foundation and Texas Public Policy Foundation respectfully request that the Court grant this motion and accept the proposed *amici curiae* brief.

## ARGUMENT

### I. Identity and interest of amici curiae

Mountain States Legal Foundation ("MSLF") is a non-profit public interest law firm organized under the laws of the State of Colorado. MSLF is dedicated to bringing before the courts issues that are vital to the defense and preservation of

individual liberties: the right to speak freely, the right to equal protection of the laws, and the need for limited and ethical government. Since its creation in 1977, MSLF attorneys have been active in litigation regarding the proper interpretation and application of statutory, regulatory, and constitutional provisions. *See, e.g., Adarand Constructors, Inc. v. Pena*, 515 U.S. 200 (1995) (MSLF serving as lead counsel); *303 Creative LLC v. Elenis*, 142 S. Ct. 1106 (2022) (mem.) (*amici curiae* in support of petitioners); *Knipp v. Tri County Health*, No. 22-sc-647, 2022 WL 17586338 (Colo. Dec. 12, 2022) (granting MSLF leave to participate as *amicus* on petition for certiorari stage).

Texas Public Policy Foundation is a 501(c)(3) nonprofit, non-partisan research institute. Its mission is to promote and defend liberty, personal responsibility, and free enterprise in Texas and the nation. Through its litigation arm, the Center for the American Future, it also frequently sues governmental entities on behalf of people and businesses whose livelihood, liberty, and property are threatened by government action. Because this lawsuit concerns the circumstances under which public-interest litigation centers can be made to pay the legal fees of their government opposition, *Amicus* believes that its participation is especially important.

## II. The Proposed Brief Would Aid the Court.

This case presents critical questions affecting the First Amendment speech rights of public employees. While public employers have some control over the speech of their employees in certain instances, public employees do not leave their right to free speech at the workplace door.

This brief will assist this Court in outlining the proper contours of the employee speech doctrine articulated through *Pickering v. Bd. of Ed. of Twp. High Sch. Dist. 205, Will Cnty., Illinois*, 391 U.S. 563 (1968), *Connick v. Myers*, 461 U.S. 138 (19983), and *Garcetti v. Ceballos*, 547 U.S. 410 (2006) (the "*Pickering-Connick* framework"), in the context of compelled speech.

This brief urges the Court to recognize that Defendants-Appellees' mandatory equity trainings compelled Plaintiffs-Appellants' to engage in private speech on a matter of public concern; the brief also urges the Court to reject *Pickering* balancing in the context of compelled speech, and suggests that the Appellees can never have an interest in compelling public employees to engage in disruptive, divisive speech. This brief will aid the Court in considering important authorities when deciding whether to reverse and remand the district court's order. In this context, Amici present to the Court certain materials issued by the U.S. Department of Education that other parties may not be aware of, and which cover the time of the training in October 2020.

4

# CONCLUSION

Mountain States Legal Foundation and Texas Public Policy Foundation respectfully seek leave to file their proposed *amici curiae* brief, in support of Plaintiffs-Appellants.

Dated: May 26, 2023

Respectfully submitted,

*/s/ William E. Trachman*
William E. Trachman (CO Bar No. 45684)
Erin M. Erhardt (CO Bar No. 49360)
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO 80227
Tele: (303) 292-2021
Fax: (877) 349-7074
wtrachman@mslegal.org
eerhardt@mslegal.org

and

Matthew Miller (TX Bar No. 24046444)
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Tele: (512) 472-2700
Fax: (512) 472-2728
mmiller@texaspolicy.com

*Attorneys for Amici Curiae*

# CERTIFICATE OF COMPLIANCE

The undersigned hereby certify that this motion complies with Fed. R. App. P. 29 and Fed. R. App. P. 32 because it contains 718 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Microsoft Word using 14-point Times New Roman proportionally spaced typed font.

I further certify that this brief is virus free, as verified by SentinelOne – Virus & threat protection.

/s/ William E. Trachman
William E. Trachman
MOUNTAIN STATES LEGAL FOUNDATION

*Attorney for Plaintiffs-Appellants*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs-Appellants provided blank consent for the filing of this brief. Counsel for *amici curiae* sought consent via email on May 5, 2023, from counsel for Defendants-Appellees. Defendants-Appellees stated on May 10, 2023, that they oppose the filing of the brief.

/s/William E. Trachman
William E. Trachman
MOUNTAIN STATES LEGAL FOUNDATION

*Attorney for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May 2023, I electronically filed the foregoing using this Court's CM/ECF system. I certify that all participants, in this case are registered CM/ECF users and service will be accomplished by this Court's CM/ECF system.

/s/ *William E. Trachman*
MOUNTAIN STATES LEGAL FOUNDATION

*Attorney for Plaintiffs-Appellants*

# EXHIBIT A