# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Mr. Joshua Divine

**cc:** Mr. Nicholas Barry
Mr. Thomas Arthur Berry
Mr. Braden H. Boucek
Mr. John J. Bursch
Mr. John Michael Connolly
Ms. Cynthia Fleming Crawford
Mr. Donald A. Daugherty Jr.
Mr. Nicholas DeBenedetto
Mr. James Dickey
Mr. John M. Andren
Mr. Ransom A. Ellis III
Ms. Tina Gardner Fowler
Mr. Samuel Charles Freedlund
Mr. Wilson C. Freeman
Mr. Alan Gura
Mr. James Hasson
Ms. Kimberly S. Hermann
Mr. Mathew W. Hoffmann
Mr. Todd A. Johnson
Mr. Endel Kolde
Mr. Tyson C. Langhofer
Mr. Derek H. MacKay
Mr. Casey Mattox
Mr. Cameron Thomas Norris
Ms. Celia Howard O'Leary
Mr. Timothy Sandefur
Mr. Adam E. Schulman
Mr. Douglas Seaton
Mr. Ilya Shapiro
Mr. Adam C. Shelton
Mr. Joshua Paul Thompson

**FROM:** Clifford R. Jackson

**DATE:** May 26, 2023

**RE:** 23-1374 Brooke Henderson, et al v. Springfield R-12 School District, et al
23-1880 Brooke Henderson, et al v. Springfield R-12 School District, et al

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiency shown below.

**Your Corrected Certificate of Service is due 5 days from the date of this notice.**

__X___ Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief on counsel. The certificate should show the date and method of delivery.