___

No. 23-1374, No. 23-1880

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON, *et al.*,
*Plaintiff-Appellants*,

v.

SCHOOL DISTRICT OF SPRINGFIELD R-12, *et al.*,
*Defendant-Appellees*.
___

Appeal from the United States District Court for the Western District of Missouri, The Honorable Douglas Harpool, Case No. 6:21-cv-03219-MDH

___

**CORRECTED CERTIFICATE OF SERVICE OF PAPER COPIES**
___

I hereby certify that on May 24, 2023, I caused to be sent overnight via FedEx to the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit ten paper copies of "Brief for the States of Missouri, Arkansas, Georgia, Idaho, Iowa, Kansas, Kentucky, Montana, Nebraska, North Dakota, South Carolina, Tennessee, Texas, Utah, Virginia, and West Virginia as Amici Curiae in Support of Plaintiff-Appellants and Reversal". I also certify that one paper copy was sent overnight via FedEx to counsel of record for each party on May 26, 2023.

Respectfully submitted,

**ANDREW T. BAILEY**,
Attorney General

/s/ *Joshua M. Divine*
Joshua M. Divine, 69875MO
  Solicitor General
Office of the Attorney General
207 West High St.
Jefferson City, MO 65101
Phone: (573) 751-8870
Josh.Divine@ago.mo.gov
Samuel.Freedlund@ago.mo.gov

*Counsel for Amicus Curiae States*