# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Brooke Henderson and Jennifer Lumley, | ) |
| | ) |
| Plaintiffs-Appellants, | ) |
| | ) |
| v. | ) Case No: 23-1374 |
| | ) |
| School District of Springfield, R-12 *et al.*; | ) |
| | ) |
| Defendants-Appellees. | ) |

## DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL RESPONSE BRIEF PURSUANT TO RULE 26(b)

Defendants-Appellees School District of Springfield, R-12; Board of Education for the School District of Springfield, R-12; Dr. Grenita Lathan; Dr. Yvania Garcia-Pusateri; and Lawrence Anderson ("Defendants-Appellees"), pursuant to Rule 26(b), hereby request a 21-day extension to time, to and including Monday, July 3, 2023, within which to file and serve Defendants-Appellee's Principal Response Brief. As grounds for this motion, Appellees state:

1. Plaintiffs-Appellants' principal brief was accepted by this Court on May 12, 2023.

2. Defendants-Appellees' principal response brief is currently due on June 12, 2023.

3. Counsel for Defendants-Appellees in good faith believes that completion of Defendants-Appellees' brief by June 12, 2023 will be difficult due

to coordination of schedules with its counsel and work needed to appropriately research, draft, organize, revise and complete said brief

4. Defendants-Appellees respectfully request a 21-day extension of time to and including Monday, July 3, 2023, to file their principal response brief. This request is made in good faith, and not for purposes of delay, in order to allow Defendants-Appellees sufficient time to appropriately brief and respond to Plaintiffs-Appellants' brief.

WHEREFORE, Defendants-Appellees respectfully request a 21-day extension of time, to and including Monday, July 3, 2023, within which to serve and file Defendants-Appellees' Principal Brief, and for such other relief as the Court deems just.

Respectfully submitted,

**ELLIS ELLIS HAMMONS & JOHNSON, P.C.**

By: */s/ Ransom A Ellis*
Ransom A. Ellis, III    MBN: 29129
rellis3@eehjfirm.com
Tina G. Fowler    MBN: 48522
tfowler@eehjfirm.com
2808 S. Ingram Mill Road, Suite A104
Springfield, MO 65804
Phone: 417-866-5091
*Attorneys for Defendants-Appellees*

**Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    __X__ this document contains 501 words, **or**

    _____ this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

    __X__ this document has been prepared in a proportionally spaced typeface using Word for Windows in 14-point font and Times New Roman type style, **or**

    _____ this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

(s) _Tina G. Fowler_

Attorney for __Defendants-Appellees__

Dated: __June 2, 2023__

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was made available to all electronic filing participants.

                                      */s/ Tina G. Fowler*
                                        Attorney of Record