# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1374

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

No: 23-1880

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)
(6:21-cv-03219-MDH)

**ORDER**

Hamilton Lincoln Law Institute, Institute for Free Speech and Manhattan Institute, Parents Defending Education, Pacific Legal Foundation, Cato Institute, Center of the American Experiment, Goldwater Institute, Kansas Justice Institute, Mississippi Justice Institute and Show Me Institute, and America First Legal Foundation have filed motions for leave to file amicus briefs on behalf of the Appellants, and the motions are granted. The clerk shall review the briefs submitted by the amicus parties for filing.

June 08, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans