UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Brooke Henderson et al. vs. School Dist. of Springfield, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1374 & 1880 for the following party(s): (please specify)

Institute for Free Speech and Manhattan Inst.

[ ] Appellant(s) [ ] Petitioner(s) [ ] Appellee(s) [ ] Respondent(s) [✔] Amicus Curiae [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Endel Kolde  s/: Endel Kolde

Firm Name: Institute for Free Speech

Business Address: 1150 Connecticut Ave, NW, Suite 801

City/State/Zip: Washington, DC 20036

Telephone Number (Area Code): 202-301-1664

Email Address: dkolde@ifs.org

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 06-08-23, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: