# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 08, 2023

Mr. Timothy Sandefur
GOLDWATER INSTITUTE
500 E. Coronado Road
Phoenix, AZ  85004

Mr. Adam C. Shelton
GOLDWATER INSTITUTE
500 E. Coronado Road
Phoenix, AZ  85004

      RE:  23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al
            23-1880  Brooke Henderson, et al v. Springfield R-12 School District, et al

Dear Counsel:

    The amicus curiae brief of the Goldwater Institute, Kansas Justice Institute, Mississippi Justice Institute and Show Me Institute has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

    Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

                                                      Michael E. Gans
                                                      Clerk of Court

CRJ

Enclosure(s)

cc:     Mr. John M. Andren
         Mr. Nicholas Barry
         Mr. Thomas Arthur Berry
         Mr. Braden H. Boucek
         Mr. John J. Bursch
         Mr. John Michael Connolly

Ms. Cynthia Fleming Crawford
Mr. Donald A. Daugherty Jr.
Mr. Nicholas DeBenedetto
Mr. James Dickey
Mr. Joshua Divine
Mr. Ransom A. Ellis III
Ms. Tina Gardner Fowler
Mr. Samuel Charles Freedlund
Mr. Wilson C. Freeman
Mr. Alan Gura
Mr. James Hasson
Ms. Kimberly S. Hermann
Mr. Mathew W. Hoffmann
Mr. Todd A. Johnson
Mr. Endel Kolde
Mr. Tyson C. Langhofer
Mr. Derek H. MacKay
Mr. Casey Mattox
Mr. Matthew R. Miller
Mr. Cameron Thomas Norris
Ms. Celia Howard O'Leary
Mr. Adam E. Schulman
Mr. Douglas Seaton
Mr. Ilya Shapiro
Mr. Joshua Paul Thompson
Mr. William Edward Trachman

District Court/Agency Case Number(s): 6:21-cv-03219-MDH
6:21-cv-03219-MDH