# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Brooke Henderson and Jennifer Lumley, ) | |
| ) | |
| **Plaintiffs-Appellants,** ) | |
| ) | |
| v. ) | **Case No: 23-1374** |
| ) | |
| School District of Springfield, R-12 *et al.*; ) | |
| ) | |
| **Defendants-Appellees.** ) | |

## DEFENDANTS-APPELLEES' SECOND MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL RESPONSE BRIEF PURSUANT TO RULE 26(b)

Defendants-Appellees School District of Springfield, R-12; Board of Education for the School District of Springfield, R-12; Dr. Grenita Lathan; Dr. Yvania Garcia-Pusateri; and Lawrence Anderson ("Defendants-Appellees"), pursuant to Rule 26(b), hereby request an additional extension to time of fourteen (14) days, to and including Monday, July 17, 2023, within which to file and serve Defendants-Appellee's Principal Response Brief. As grounds for this motion, Appellees state:

1. Plaintiffs-Appellants' principal brief was accepted by this Court on May 12, 2023.

2. Defendants-Appellees' principal response brief was originally due on June 12, 2023. This Court granted Defendants'-Appellees' first Motion for Extension of time making their principal brief due on Monday, July 3, 2023.

3. When requesting their extension of time until July 3, 2023, counsel for Defendants-Appellees overlooked that support staff in their firm would be in limited availability due to vacation time to be taken by said support staff before and surrounding the Fourth of July holiday, and therefore, completion of Defendants-Appellees' brief by July 3, 2023 will be difficult due to coordination of schedules with its counsel, as well as staff, in addition to the work needed to appropriately research, draft, organize, revise and complete said brief.

4. Further, and due to recent filings in this Court related to the Parties and the issues in this appeal, which counsel for Defendants-Appellees believes should be reviewed and considered by Defendants-Appellee's counsel, Defendants-Appellees also request an additional extension of time.

5. For the above reasons, Defendants-Appellees respectfully request an additional extension of time of fourteen (14) days, to and including Monday, July 17, 2023, to file their principal response brief. This request is made in good faith, and not for purposes of delay.

WHEREFORE, Defendants-Appellees respectfully request an additional extension of time of fourteen (14) days, to and including Monday, July 17, 2023, within which to serve and file Defendants-Appellees' Principal Brief, and for such other relief as the Court deems just.

Respectfully submitted,

**ELLIS ELLIS HAMMONS & JOHNSON, P.C.**

By: */s/ Ransom A Ellis, III*
    Ransom A Ellis, III    MBN: 29129
    rellis3@eehjfirm.com
    Tina G. Fowler    MBN: 48522
    tfowler@eehjfirm.com
    2808 S. Ingram Mill Road, Suite A104
    Springfield, MO 65804
    Phone: 417-866-5091
    *Attorneys for Defendants-Appellees*

# Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    __X__ this document contains 613 words, **or**

    _____ this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

    __X__ this document has been prepared in a proportionally spaced typeface using Word for Windows in 14-point font and Times New Roman type style, **or**

    _____ this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

(s) *Tina G. Fowler*

Attorney for  Defendants-Appellees

Dated:  June 9, 2023

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 9th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was made available to all electronic filing participants.

           */s/ Tina G. Fowler*
           Attorney of Record

5

Appellate Case: 23-1374   Page: 5   Date Filed: 06/09/2023 Entry ID: 5285322