# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Brooke Henderson, et al. vs. School Dist. of Springfield, et al.,

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1374 & 23-1880 **for the following party(s): (please specify)**

Institute for Free Speech

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Alan Gura      s/: Alan Gura

Firm Name: Institute for Free Speech

Business Address: 1150 Connecticut Avenue, N.W., Suite 850

City/State/Zip: Washington, DC 20036

Telephone Number (Area Code): 202.967.0007

Email Address: agura@ifs.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on June 9, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: