# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 12, 2023

Mr. John Michael Connolly
CONSOVOY & MCCARTHY
Suite 700
1600 Wilson Boulevard
Arlington, VA  22209

Mr. James Hasson
CONSOVOY & MCCARTHY
Suite 700
1600 Wilson Boulevard
Arlington, VA  22209

Mr. Cameron Thomas Norris
CONSOVOY & MCCARTHY
Suite 700
1600 Wilson Boulevard
Arlington, VA  22209

RE: 23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al
    23-1880  Brooke Henderson, et al v. Springfield R-12 School District, et al

Dear Counsel:

    The amicus curiae brief of Parents Defending Education has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

    Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

                                                   Michael E. Gans
                                                  Clerk of Court

CRJ

Enclosure(s)

cc:   Mr. John M. Andren
      Mr. Nicholas Barry
      Mr. Thomas Arthur Berry
      Mr. Braden H. Boucek
      Mr. John J. Bursch
      Ms. Cynthia Fleming Crawford
      Mr. Donald A. Daugherty Jr.
      Mr. Nicholas DeBenedetto
      Mr. James Dickey
      Mr. Joshua Divine
      Mr. Ransom A. Ellis III
      Ms. Tina Gardner Fowler
      Mr. Samuel Charles Freedlund
      Mr. Wilson C. Freeman
      Mr. Alan Gura
      Ms. Kimberly S. Hermann
      Mr. Mathew W. Hoffmann
      Mr. Todd A. Johnson
      Mr. Endel Kolde
      Mr. Tyson C. Langhofer
      Mr. Derek H. MacKay
      Mr. Casey Mattox
      Mr. Matthew R. Miller
      Ms. Celia Howard O'Leary
      Mr. Timothy Sandefur
      Mr. Adam E. Schulman
      Mr. Douglas Seaton
      Mr. Ilya Shapiro
      Mr. Adam C. Shelton
      Mr. Joshua Paul Thompson
      Mr. William Edward Trachman

   District Court/Agency Case Number(s):   6:21-cv-03219-MDH
                                           6:21-cv-03219-MDH