# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 12, 2023

Mr. Matthew R. Miller
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, TX  78701

Mr. William Edward Trachman
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO  80227

> RE:  23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al
>      23-1880  Brooke Henderson, et al v. Springfield R-12 School District, et al

Dear Counsel:

The amicus curiae brief of the Mountain States Legal Foundation and Texas Public Policy Foundation has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

> Michael E. Gans
> Clerk of Court

CRJ

Enclosure(s)

cc:     Mr. John M. Andren
        Mr. Nicholas Barry
        Mr. Thomas Arthur Berry
        Mr. Braden H. Boucek
        Mr. John J. Bursch
        Mr. John Michael Connolly
        Ms. Cynthia Fleming Crawford

Mr. Donald A. Daugherty Jr.
Mr. Nicholas DeBenedetto
Mr. James Dickey
Mr. Joshua Divine
Mr. Ransom A. Ellis III
Ms. Tina Gardner Fowler
Mr. Samuel Charles Freedlund
Mr. Wilson C. Freeman
Mr. Alan Gura
Mr. James Hasson
Ms. Kimberly S. Hermann
Mr. Mathew W. Hoffmann
Mr. Todd A. Johnson
Mr. Endel Kolde
Mr. Tyson C. Langhofer
Mr. Derek H. MacKay
Mr. Casey Mattox
Mr. Cameron Thomas Norris
Ms. Celia Howard O'Leary
Mr. Timothy Sandefur
Mr. Adam E. Schulman
Mr. Douglas Seaton
Mr. Ilya Shapiro
Mr. Adam C. Shelton
Mr. Joshua Paul Thompson

District Court/Agency Case Number(s): 6:21-cv-03219-MDH
6:21-cv-03219-MDH