# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __Henderson__ vs. __Springfield R-12 District__

**The Clerk will enter my appearance as Counsel in Appeal No.** __23-1374__ for the
following party(s): (please specify)

> Pacific Legal Foundation

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: __Joshua Thompson__   s/: __Joshua Thompson__

Firm Name: __Pacific Legal Foundation__

Business Address: __555 Capitol Mall, Suite 1290__

City/State/Zip: __Sacramento, CA 95814__

Telephone Number (Area Code): __916.419.7111__

Email Address: __jthompson@pacificlegal.org__

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on __6/12/23__ , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: