# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Mr. Joshua Paul Thompson |
| **cc:** | Mr. Nicholas Barry |
| | Mr. Thomas Arthur Berry |
| | Mr. Braden H. Boucek |
| | Mr. John J. Bursch |
| | Mr. John Michael Connolly |
| | Ms. Cynthia Fleming Crawford |
| | Mr. Donald A. Daugherty Jr. |
| | Mr. Nicholas DeBenedetto |
| | Mr. James Dickey |
| | Mr. Joshua Divine |
| | Mr. Ransom A. Ellis III |
| | Ms. Tina Gardner Fowler |
| | Mr. Samuel Charles Freedlund |
| | Mr. Wilson C. Freeman |
| | Mr. Alan Gura |
| | Mr. James Hasson |
| | Ms. Kimberly S. Hermann |
| | Mr. Mathew W. Hoffmann |
| | Mr. Todd A. Johnson |
| | Mr. Endel Kolde |
| | Mr. Tyson C. Langhofer |
| | Mr. Derek H. MacKay |
| | Mr. Casey Mattox |
| | Mr. Matthew R. Miller |
| | Mr. Cameron Thomas Norris |
| | Ms. Celia Howard O'Leary |
| | Mr. Timothy Sandefur |
| | Mr. Adam E. Schulman |
| | Mr. Douglas Seaton |
| | Mr. Ilya Shapiro |
| | Mr. Adam C. Shelton |
| | Mr. John M. Andren |
| | Mr. William Edward Trachman |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | June 13, 2023 |
| **RE:** | 23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al |
| | 23-1880  Brooke Henderson, et al v. Springfield R-12 School District, et al |

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiency shown below.

**Your Corrected Certificate of Service is due 5 days from the date of this notice.**

\_\_\_X\_\_ Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief on opposing counsel. The certificate should show the date and method of delivery.