Case No. 23-1374 & 23-1880

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON and JENNIFER LUMLEY,

        Plaintiffs-Appellants,

v.

SCHOOL DISTRICT OF SPRINGFIELD R-12, et al.,

        Appellees.

**CERTIFICATE OF SERVICE OF PAPER COPIES
OF BRIEF AMICUS CURIAE OF GOLDWATER INSTITUTE,
KANSAS JUSTICE INSTITUTE, MISSISSIPPI JUSTICE INSTITUTE,
AND SHOW ME INSTITUTE IN SUPPORT OF APPELLANTS AND
REVERSAL OF ATTORNEY FEES**

On Appeal from the United States District Court
for the Western District of Missouri - Springfield
Case No. 6:21-cv-03219, Hon. M. Douglas Harpool, presiding

**Scharf-Norton Center for
Constitutional Litigation at the
GOLDWATER INSTITUTE**
Timothy Sandefur
Adam C. Shelton
500 E. Coronado Rd.
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

*Attorney for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I caused to be sent 10 paper copies to the Clerk of the Court via Federal Express Overnight and served via U.S. Postal Service one copy of the Brief Amicus Curiae of Goldwater Institute, Kansas Justice Institute, Mississippi Justice Institute, and Show Me Institute in Support of Appellants and Reversal of Attorney Fees on the following counsel for the parties:

Braden H. Boucek
Kimberly S. Hermann
Celia Howard O'Leary
SOUTHEASTERN LEGAL FOUNDATION
Suite 104
560 W. Crossville Road
Roswell, GA 30075-7509

Derek H. MacKay
KNIGHT & NICASTRO
519 Southwest Boulevard
Kansas City, MO 64108

*Counsel for Plaintiffs-Appellants*

Ransom A. Ellis, III
Tina Gardner Fowler
Todd A. Johnson
ELLIS & ELLIS
Suite A104
2808 S. Ingram Mill
Springfield, MO 65804-2700

*Counsel for Defendants-Appellees*


/s/ *Timothy Sandefur*
Timothy Sandefur