Case No. 23-1374
(Consolidated with Case No. 23-1880)
_____

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
_____

BROOKE HENDERSON and JENNIFER LUMLEY,

*Plaintiffs—Appellants*,

v.

SCHOOL DISTRICT OF SPRINGFIELD R12, BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF SPRINGFIELD R12, GRENITA LATHAN in her official capacity as Superintendent of Springfield Public Schools, YVANIA GARCIA-PUSATERI in her official capacity as Chief Equity and Diversity Officer of Springfield Public Schools, and LAWRENCE ANDERSON in his official capacity as Coordinator of Equity and Diversity for Springfield Public Schools,

*Defendants—Appellees*.
_____

On Appeal from the United States District Court for the
Western District of Missouri, Southern Division
Case No. 6:21-cv-03219 (Harpool, J.)
_____

## CORRECTED CERTIFICATE OF SERVICE FOR PACIFIC LEGAL FOUNDATION'S BRIEF AMICUS CURIAE IN SUPPORT OF PLAINTIFFS—APPELLANTS
_____

JOSHUA P. THOMPSON
WILSON C. FREEMAN
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
jthompson@pacificlegal.org
wfreeman@pacificlegal.org

*Attorneys for Amicus Curiae Pacific Legal Foundation*

1

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed Brief Amicus Curiae of Pacific Legal Foundation with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON

I further certify that on June 15, 2023, paper copies of the brief were served on counsel at the following addresses:

Braden H. Boucek
Kimberly S. Hermann
Celia Howard O'Leary
SOUTHEASTERN LEGAL FOUNDATION
Suite 104
560 W. Crossville Road
Roswell, GA 30075-7509

Derek H. MacKay
KNIGHT & NICASTRO
519 Southwest Boulevard
Kansas City, MO 64108
*Counsel for Plaintiffs-Appellants*

Ransom A. Ellis, III
Tina Gardner Fowler
Todd A. Johnson
ELLIS & ELLIS
Suite A104

2808 S. Ingram Mill
Springfield, MO 65804-2700
*Counsel for Defendants-Appellees*

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON