UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Brooke Henderson, et al. vs. Springfield R-12 School District, et al

The Clerk will enter my appearance as Counsel in Appeal No. 23-1374 for the following party(s): (please specify)

Texas Public Policy Foundation

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Matthew Miller  s/: Matthew Miller

Firm Name: Texas Public Policy Foundation

Business Address: 901 Congress Avenue

City/State/Zip: Austin, TX 78701

Telephone Number (Area Code): (512) 472-2700

Email Address: mmiller@texaspolicy.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 06/15/23, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: