CASE NOS. 23-1374 & 23-1880

# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON, ET AL,
      *Plaintiffs-Appellants*,

v.

SCHOOL DISTRICT OF SPRINGFIELD R-12, ET AL.,
      *Defendants-Appellees.*

―――――――――――

Appeal from the United States District Court for the Western District of Missouri
District Court Case No.: 6:21-cv-03219-MDH

―――――――――――

**CORRECTED CERTIFICATE OF SERVICE FOR CATO INSTITUTE'S *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS-APPELLANTS**

―――――――――――

      Thomas A. Berry
       *Counsel of Record*
      Nicholas DeBenedetto
      CATO INSTITUTE
      1000 Mass. Ave., N.W.
      Washington, DC 20001
      (202) 789-5202
      tberry@cato.org

1

Appellate Case: 23-1374  Page: 1  Date Filed: 06/16/2023 Entry ID: 5287402

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that on May 18, 2023, he electronically filed the Cato Institute's *Amicus Curiae* Brief in Support of Plaintiffs-Appellants with the Clerk of the Court for the Eighth Circuit using the CM/ECF system. The undersigned also certifies that all participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

The undersigned further certifies that on June 15, 2023, paper copies of the brief were served by third-party commercial carrier for delivery within 3 days on counsel at the following addresses:

Braden H. Boucek
Kimberly S. Hermann
Celia Howard O'Leary
Southeastern Legal Foundation
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075

Derek H. MacKay
Knight & Nicastro
519 Southwest Blvd.
Kansas City, MO 64108

*Counsel for Plaintiffs-Appellants*

Ransom A. Ellis, III
Tina Gardner Fowler
Todd A. Johnson
Ellis & Ellis
2808 S. Ingram Mill, Ste. A104
Springfield, MO 65804

*Counsel for Defendants-Appellees*

/s/ <u>Thomas A. Berry</u><br>
*Counsel for Amicus Curiae Cato Institute*