UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Brooke Henderson, et al. vs. Springfield R-12 School District, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1374 for the following party(s): (please specify)

Hamilton Lincoln Law Institute

[ ] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [✔] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Adam Schulman   s/: Adam Schulman

Firm Name: Hamilton Lincoln Law Institute

Business Address: 1629 K Street NW, Suite 300

City/State/Zip: Washington/DC/200006

Telephone Number (Area Code): 610-457-0856

Email Address: adam.schulman@hlli.org

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on 6/16/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: