**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

Michael E. Gans
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:**  Mr. Ransom A. Ellis III
Ms. Tina Gardner Fowler

**cc:**  Mr. John M. Andren
Mr. Nicholas Barry
Mr. Thomas Arthur Berry
Mr. Braden H. Boucek
Mr. John J. Bursch
Mr. John Michael Connolly
Ms. Cynthia Fleming Crawford
Mr. Donald A. Daugherty Jr.
Mr. Nicholas DeBenedetto
Mr. James Dickey
Mr. Joshua Divine
Mr. Samuel Charles Freedlund
Mr. Wilson C. Freeman
Mr. Alan Gura
Mr. James Hasson
Ms. Kimberly S. Hermann
Mr. Mathew W. Hoffmann
Mr. Todd A. Johnson
Mr. Endel Kolde
Mr. Tyson C. Langhofer
Mr. Derek H. MacKay
Mr. Casey Mattox
Mr. Matthew R. Miller
Mr. Cameron Thomas Norris
Ms. Celia Howard O'Leary
Mr. Timothy Sandefur
Mr. Adam E. Schulman
Mr. Douglas Seaton
Mr. Ilya Shapiro
Mr. Adam C. Shelton
Mr. Joshua Paul Thompson
Mr. William Edward Trachman

**FROM:**  Clifford R. Jackson

**DATE:**  July 19, 2023

**RE:**  23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al
23-1880  Brooke Henderson, et al v. Springfield R-12 School District, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted

the deficiency shown below. Your brief cannot be filed until the defect is corrected. Please correct the defect within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

   X    REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
   x    References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document (App._____ R. Doc. _____ , at _____ .)

**Please check the dual references to the joint appendix. Some of the references are missing the "App." before the page number.**

Again, your brief cannot be filed until you correct the defect. Failure to correct may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.