# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON, et al.,
*Plaintiffs – Appellants,*
v.

SPRINGFIELD R-12 SCHOOL DISTRICT, et al.,
*Defendants – Appellees.*

On Appeal from the United States District Court
for the Western District of Missouri, Southern Division
No. 6:21-cv-03219 (Harpool, J.)

## APPELLANTS' MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), Plaintiffs-Appellants Brooke Henderson and Jennifer Lumley move to extend the time to file their reply brief by fourteen days, to August 23, 2023. As grounds for their motion, Plaintiffs-Appellants state:

1. This Court accepted Plaintiffs-Appellants' opening brief on May 12, 2023, with Defendants-Appellees' response due on June 12, 2023.

2. Defendants-Appellees filed a motion requesting an additional three weeks' time to file their response, to July 3, 2023, which this Court granted.

3. Defendants-Appellees filed a second motion requesting an additional two weeks' time to file their response, to July 17, 2023, which this Court granted. This Court accepted Defendants-Appellees' brief on July 19, 2023.

4. Counsel for Plaintiffs-Appellants have preexisting scheduling conflicts and other time-sensitive commitments, including briefing due in another case, which would make it difficult to prepare their reply brief by August 9, 2023.

5. Plaintiffs-Appellants make their request in good faith, and it would not cause any undue delay in these proceedings.

6. Accordingly, Plaintiffs-Appellants respectfully request an additional fourteen days to file their reply brief, to be filed on August 23, 2023.

                                            Respectfully submitted,

July 20, 2023.

/s/ Braden H. Boucek
Kimberly S. Hermann
  GA Bar No. 646473
Braden H. Boucek
  TN BPR No. 021399
  GA Bar No. 396831
Celia H. O'Leary
  GA Bar No. 747472
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Telephone: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org
*Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this brief contains 185 words and complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Word for Windows in 14-point font and Times New Roman type style.

<u>July 20, 2023</u>.            <u>/s/ B. H. Boucek</u>
                                             BRADEN H. BOUCEK

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

<u>July 20, 2023</u>.            <u>/s/ B. H. Boucek</u>
                                             BRADEN H. BOUCEK