# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1374

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

No: 23-1880

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)
(6:21-cv-03219-MDH)

**ORDER**

Appellants' motion for extension of time to file the reply brief is granted. Appellants may have until August 23, 2023 to file the brief.

July 20, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans