# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

| | |
|---|---|
| **TO:** | Mr. Keith Robert Powell |
| **cc:** | Mr. Nicholas Barry |
| | Mr. Thomas Arthur Berry |
| | Mr. Braden H. Boucek |
| | Mr. John J. Bursch |
| | Mr. John Michael Connolly |
| | Ms. Cynthia Fleming Crawford |
| | Mr. Donald A. Daugherty Jr. |
| | Mr. James Dickey |
| | Mr. Joshua Divine |
| | Mr. Ransom A. Ellis III |
| | Ms. Tina Gardner Fowler |
| | Mr. Samuel Charles Freedlund |
| | Mr. Wilson C. Freeman |
| | Mr. Alan Gura |
| | Mr. James Hasson |
| | Ms. Kimberly S. Hermann |
| | Mr. Mathew W. Hoffmann |
| | Mr. Todd A. Johnson |
| | Mr. Endel Kolde |
| | Mr. Tyson C. Langhofer |
| | Mr. Derek H. MacKay |
| | Mr. Matthew R. Miller |
| | Mr. Cameron Thomas Norris |
| | Ms. Celia Howard O'Leary |
| | Mr. Timothy Sandefur |
| | Mr. Adam E. Schulman |
| | Mr. Douglas Seaton |
| | Mr. Ilya Shapiro |
| | Mr. Joshua Paul Thompson |
| | Mr. William Edward Trachman |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | July 24, 2023 |
| **RE:** | 23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al |
| | 23-1880  Brooke Henderson, et al v. Springfield R-12 School District, et al |

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a

Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.


___X___  Please include case no. 23-1880 on the cover page.


___X___  CERTIFICATE OF COMPLIANCE is missing or does not comply with FRAP 32(a)(7)(B).  Please also include a certificate of service.


    Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.