## CERTIFICATE OF SERVICE - CORRECTION

Pursuant to the deficiency noted in Entry ID: 5301335, I hereby additionally certify that on the 24th day of July, 2023, I mailed a paper copy of the **Amicus Brief of Missouri School Boards Association in Support of Appellees** to opposing counsel, *i.e.,* counsel of record for the Appellants:

Braden Boucek, Esq.
Southeastern Legal Foundation
560 West Crossville Rd., Suite 104
Roswell, Georgia 30075


/S/ Keith Robert Powell (No. 97-0549)

Attorney for Amicus Curiae Missouri School Boards' Association

Date: August 1, 2023