

## Ellis, Ellis, Hammons & Johnson P.C.

RANSOM A ELLIS, III*
JOHN D. HAMMONS, JR.**
TODD A. JOHNSON
TRAVIS A. ELLIOTT
TINA G. FOWLER***
RACHEL A. RISO****
PAIGE PARRACK
SOLON MCGEE
ROBERT E. PETROWSKY*****
KIRK A. KACZMAREK

2808 S. INGRAM MILL, A104
SPRINGFIELD MISSOURI 65804
TELEPHONE (417) 866-5091
FAX (417) 866-1064
EEHJFIRM.COM

RANSOM A. ELLIS, JR. (1920-2012)

ALSO LICENSED IN:
*TEXAS
**ARKANSAS
***OKLAHOMA
****KANSAS

OF COUNSEL:
FRANK M. EVANS, III

August 7, 2023

The United States Court of Appeals
for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

     RE:   23-1374, 23-1880
            *Brooke Henderson, et al. v Springfield R-12 School District, et al.*
            Availability for Oral Argument

Dear Honorable Court:

     Please be advised that Respondents' Counsel in the above matter is unavailable for oral argument January 8-12, 2024.

     Thank you for your consideration. Please do not hesitate to contact us with any questions or concerns.

                  Very Truly Yours,

                  ELLIS ELLIS HAMMONS & JOHNSON, P.C.

                  By
                  Tina G. Fowler

E-mail Address: tfowler@eehjfirm.com
After Hours Extension: 215