

August 7, 2023

**VIA ELECTRONIC FILING**

Michael E. Gans
Clerk of Court
United States Court of Appeals for the Eighth Circuit
111 South 10th Street
Room 24.329
St. Louis, MO 63102

    Re:   *Brooke Henderson & Jennifer Lumley v. School Dist. of Springfield R-12, et al.*,
            Nos. 23-1374 & 23-1880

Dear Mr. Gans:

    In response to this Court's notice regarding oral argument, Plaintiffs-Appellants' counsel are unavailable for oral argument on the following dates:

- September 18-22, 2023
- November 16-17, 2023
- December 13-15, 2023
- June 10-14, 2024.

                                      Respectfully submitted,

                                      /s/ B. H. Boucek
                                      BRADEN H. BOUCEK

560 W. Crossville Rd., Ste. 104
Roswell, Georgia 30075
www.SLFLiberty.org

# CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

      /s/ Braden H. Boucek
      Braden H. Boucek