# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

|     |     |
| --- | --- |
| **TO:** | Mr. Braden H. Boucek |
| **cc:** | Mr. John M. Andren |
|     | Mr. Nicholas Barry |
|     | Mr. Thomas Arthur Berry |
|     | Mr. John J. Bursch |
|     | Mr. John Michael Connolly |
|     | Ms. Cynthia Fleming Crawford |
|     | Mr. Donald A. Daugherty Jr. |
|     | Mr. Nicholas DeBenedetto |
|     | Mr. James Dickey |
|     | Mr. Joshua Divine |
|     | Mr. Ransom A. Ellis III |
|     | Ms. Tina Gardner Fowler |
|     | Mr. Samuel Charles Freedlund |
|     | Mr. Wilson C. Freeman |
|     | Mr. Alan Gura |
|     | Mr. James Hasson |
|     | Ms. Kimberly S. Hermann |
|     | Mr. Mathew W. Hoffmann |
|     | Mr. Todd A. Johnson |
|     | Mr. Endel Kolde |
|     | Mr. Tyson C. Langhofer |
|     | Mr. Derek H. MacKay |
|     | Mr. Casey Mattox |
|     | Mr. Matthew R. Miller |
|     | Mr. Cameron Thomas Norris |
|     | Ms. Celia Howard O'Leary |
|     | Mr. Keith Robert Powell |
|     | Mr. Timothy Sandefur |
|     | Mr. Adam E. Schulman |
|     | Mr. Douglas Seaton |
|     | Mr. Ilya Shapiro |
|     | Mr. Adam C. Shelton |
|     | Mr. Joshua Paul Thompson |
|     | Mr. William Edward Trachman |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | August 25, 2023 |
| **RE:** | 23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al |
|     | 23-1880  Brooke Henderson, et al v. Springfield R-12 School District, et al |

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

**Your new covers for the reply brief are due 5 days from the date of this notice.**

__X___The covers on the brief must be replaced with the correct color

___x__Reply brief - Gray

Please send 10 gray covers for the reply brief with the case caption and case number.