# EIGHTH CIRCUIT COURT OF APPEALS
# ORAL ARGUMENT RESPONSE FORM

The Clerk's Office has sent you the calendar for an upcoming court session. Counsel who present oral argument to the Court must acknowledge receipt of the calendar by completing this form and electronically filing it in the appropriate case or cases. Please file this form immediately by following these steps:

1) **Complete Form On-Line**
2) **Click the 'Save' Button**
3) **Save Completed Form to Your Desktop**
4) **Review Completed Form Before Filing**
5) **Log into CM/ECF and File "Argument Response Form" attaching Oral Argument Response Form**

If you have not entered an Appearance in the case, the Clerk's Office will treat the returned Response Form as your Entry of Appearance.

If you have questions or need assistance, please call the Calendar Unit at 314-244-2400.

Counsel should report no later than 30 minutes before court convenes for check-in and final instructions.

A list of the hotels for each city is available on the web at www.ca8.uscourts.gov/hotel-information

| February | U.S. Courthouse | Missouri, St. Louis |

CASE NUMBER(S): 23-1374; 23-1880

CASE TITLE: Brooke Henderson, et al v. Springfield R-12 School District, et al

ATTORNEY PRESENTING ARGUMENT: Braden H. Boucek

On behalf of: Appellant   Party Name: Henderson, Brooke; Lumley, Jenn

ARGUING ATTORNEY ADDRESS

Office: Southeastern Legal Foundation
Address: 560 W. Crossville Road
Address: Suite 104
City, State, Zip: Roswell, Georgia 30075
Phone: 770/977.2131
E-Mail: bboucek@southeasternlegal.org

Save

Appellate Case: 23-1374   Page: 1   Date Filed: 01/15/2024 Entry ID: 5353303