# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1374

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

Missouri School Boards' Association

Amicus on Behalf of Appellee(s)

No: 23-1880

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

Missouri School Boards' Association

Amicus on Behalf of Appellee(s)

------------------------------------------------------------

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)
(6:21-cv-03219-MDH)

------------------------------------------------------------

**ORDER**

Goldwater Institute, Kansas Justice Institute, Mississippi Justice Institute and Show Me Institute's motion for leave to file an amicus brief in support of rehearing is granted.

October 10, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Maureen W. Gornik