# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1374

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

Missouri School Boards' Association

Amicus on Behalf of Appellee(s)

No: 23-1880

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

Missouri School Boards' Association

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)
(6:21-cv-03219-MDH)
_____

**ORDER**

A petition for rehearing has been filed by the Appellants in the above cases. The court requests a response to the petition for rehearing en banc.

The response is limited to 3900 words, and must contain a word count certificate. The response should be filed electronically by October 25, 2024.

October 15, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik