No. 23-1374, No. 23-1880

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON and JENNIFER LUMLEY,
*Plaintiffs-Appellants*,

v.

SCHOOL DISTRICT OF SPRINGFIELD R-12, BOARD OF EDUCATION FOR THE SCHOOL DISTRICT OF SPRINGFIELD R-12, DR. GRENITA LATHAN, DR. YVANIA GARCIA-PUSATERI, and LAWRENCE ANDERSON,
*Defendants-Appellees*.

_____

Appeal from the United States District Court for the
Western District of Missouri – Springfield
Case No. 6:21-cv-03219-MDH

_____

## DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR REHEARING EN BANC PURSUANT TO RULE 26(b)

Come Now Defendants-Appellees School District of Springfield, R-12; Board of Education for the School District of Springfield, R-12; Dr. Grenita Lathan; Dr. Yvania Garcia-Pusateri; and Lawrence Anderson ("Appellees"), pursuant to Federal Rule of Appellate Procedure 26(b), and hereby respectfully request an extension of time, to and including Tuesday, November 12, 2024, within which to file Appellee's Response to Plaintiff-Appellants' petition for rehearing en banc. As grounds for this motion, Appellees state:

1. On September 27, 2024, Appellants filed a petition for rehearing en banc.

2. On October 15, 2024, this Court ordered Appellees to file a response to the petition for rehearing en banc on or before October 25, 2024.

3. Appellees request that the response date be extended and are not seeking this extension for purposes of delay, but instead to afford Appellees' counsel sufficient time to prepare a response that assists the Court in expeditiously resolving this appeal.

4. No prior extension has been requested by Appellees and counsel for Appellees believe in good faith that completion of Appellees' response will be difficult due to coordination of their schedules, work needed to appropriately research, draft, organize, revise and complete said response, and due to press of other matters.

5. Counsel for Appellees have conferred with counsel for Appellants and Appellants' counsel do not oppose Appellees' request for an extension of time.

6. Appellees respectfully request an extension of time to and including Tuesday, November 12, 2024, to file their response. This request is made in good faith, and not for purposes of delay, in order to allow Appellees sufficient time to appropriately brief and respond to Appellants' petition for rehearing en banc.

WHEREFORE, Appellees respectfully request an extension of time, to and including Tuesday, November 12, 2024, within which to serve and file Appellees' response to Appellants' petition for rehearing en banc, and for such other relief as the Court deems just.

Respectfully submitted,

**ELLIS ELLIS HAMMONS & JOHNSON, P.C.**

By: */s/ Ransom A Ellis*
    Ransom A. Ellis, III    MBN: 29129
    rellis3@eehjfirm.com
    Tina G. Fowler    MBN: 48522
    tfowler@eehjfirm.com
    2808 S. Ingram Mill Road, Suite A104
    Springfield, MO 65804
    Phone: 417-866-5091
    *Attorneys for Defendants-Appellees*

**Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   __X__ this document contains 501 words, **or**

   _____ this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   __X__ this document has been prepared in a proportionally spaced typeface using Word for Windows in 14-point font and Times New Roman type style, **or**

   _____ this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

(s) _Tina G. Fowler_

Attorney for __Defendants-Appellees__

Dated: __October 16, 2024__

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was made available to all electronic filing participants.

                              */s/ Tina G. Fowler*
                               Attorney of Record