# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 27, 2024

Braden H. Boucek
SOUTHEASTERN LEGAL FOUNDATION
Suite 104
560 W. Crossville Road
Roswell, GA 30075-7509

RE: 23-1374 Brooke Henderson, et al v. Springfield R-12 School District, et al
23-1880 Brooke Henderson, et al v. Springfield R-12 School District, et al

Dear Counsel:

Enclosed is a copy of an order granting petition for rehearing en banc and directing that the case be set for argument on January 15, 2025, at 2:00 p.m. in St. Louis in Division I, located at Thomas F. Eagleton Courthouse, 111 S. 10th Street. Counsel who will make oral argument should report to the Clerk's Office, Room 24.329, 30 minutes prior to the convening of court.

Counsel for each party should, within ten (10) days, submit thirty (30) additional copies of all previously filed briefs and eight (8) additional copies of the appendix.

Maureen W. Gornik
Acting Clerk of Court

CRJ

Enclosure(s)

cc: John M. Andren
 Nicholas Barry
 Thomas Arthur Berry
 John J. Bursch
 John Michael Connolly
 Cynthia Fleming Crawford
 Donald A. Daugherty Jr.
 Nicholas John DeBenedetto
 James Dickey
 Joshua Divine
 Ransom A. Ellis III
 Tina Gardner Fowler
 Samuel Charles Freedlund
 Wilson C. Freeman

Alan Gura
James Hasson
Kimberly S. Hermann
Mathew W. Hoffmann
Todd A. Johnson
Endel Kolde
Tyson C. Langhofer
Derek H. MacKay
Casey Mattox
Matthew R. Miller
Cameron Thomas Norris
Celia Howard O'Leary
Keith Robert Powell
Timothy Sandefur
Adam E. Schulman
Douglas Seaton
Ilya Shapiro
Adam C. Shelton
Joshua Paul Thompson
William Edward Trachman
Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 6:21-cv-03219-MDH
6:21-cv-03219-MDH