# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1374

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

Missouri School Boards' Association

Amicus on Behalf of Appellee(s)

No: 23-1880

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

------------------------------

Americans for Prosperity Foundation, et al.

Amici on Behalf of Appellant(s)

Missouri School Boards' Association

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)
(6:21-cv-03219-MDH)

---

**ORDER**

The petition for rehearing en banc is granted. The petition for panel rehearing is denied as moot. The opinion and judgment dated September 13, 2024, are vacated. The case will be set for oral argument on January 15, 2025, at 2:00 p.m. in St. Louis. Within ten days of this order, the parties must submit to the clerk thirty (30) additional copies of all briefs and eight (8) additional copies of all appendices previously filed in the case.

November 27, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Maureen W. Gornik