No. 23-1374, No. 23-1880

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON and JENNIFER LUMLEY,
             *Plaintiffs-Appellants*,

v.

SCHOOL DISTRICT OF SPRINGFIELD R-12, BOARD OF EDUCATION
FOR THE SCHOOL DISTRICT OF SPRINGFIELD R-12,
DR. GRENITA LATHAN, DR. YVANIA GARCIA-PUSATERI, and
LAWRENCE ANDERSON,
             *Defendants-Appellees*.

_____

Appeal from the United States District Court for the
Western District of Missouri – Springfield
Case No. 6:21-cv-03219-MDH

_____

## DEFENDANTS-APPELLEES' MOTION TO CONTINUE AND RESET THE DATE FOR ORAL ARGUMENT AS TO PLAINTIFFS-APPELLANTS' PETITION FOR REHEARING EN BANC PURSUANT TO APPELLATE RULE OF PROCEDURE 26(b)

Come Now Defendants-Appellees School District of Springfield, R-12; Board of Education for the School District of Springfield, R-12; Dr. Grenita Lathan; Dr. Yvania Garcia-Pusateri; and Lawrence Anderson ("Appellees"), pursuant to Federal Rule of Appellate Procedure 26(b), and hereby respectfully request that the date for oral argument before this Court as to Plaintiff-Appellants'

("Appellants") petition for rehearing en banc be continued and reset. As grounds for this motion, Appellees state:

1. On November 27, 2024, this Court granted Appellants' petition for rehearing en banc and set the matter for oral argument on January 15, 2025.

2. Counsel who presented oral argument before the Panel on behalf of the Appellees and appeared on Appellees' brief, Tina G. Fowler, will be out of the state during the week of January 13, 2025, for a vacation that was scheduled in January of 2024.

3. Counsel who also appeared on Appellee's brief, Ransom A Ellis, III, is presently involved in another matter which is set for trial during the week of January 13, 2025.

4. Appellees request that the oral argument date be continued and reset to the next available week that the Court is in session in St. Louis, Missouri (the week of April 14, 2025), or at such other location and date that the Court is available to have the matter heard.

5. This request is made in good faith and is not being made for the purposes of delay, but instead to afford Appellees' counsel the ability to be present and present oral argument before this Court.

6. No prior extension has been requested by Appellees.

7. Appellees' Counsel inquired of Appellants' counsel as to whether they would consent to having the oral argument date reset, and they declined.

WHEREFORE, Defendants-Appellees respectfully request the oral argument date as to Plaintiffs-Appellants' Petition for Rehearing En Banc be continued and reset to the next available week that the Court is in session in St. Louis, Missouri, or at such other location and date that the Court is available to have the matter heard, and for such other relief as the Court deems just.

Respectfully submitted,

**ELLIS ELLIS HAMMONS & JOHNSON, P.C.**

By:  */s/ Ransom A Ellis*
　　　Ransom A. Ellis, III　　MBN: 29129
　　　rellis3@eehjfirm.com
　　　Tina G. Fowler　　　　MBN: 48522
　　　tfowler@eehjfirm.com
　　　2808 S. Ingram Mill Road, Suite A104
　　　Springfield, MO 65804
　　　Phone: 417-866-5091
　　　*Attorneys for Defendants-Appellees*

**Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   __X__ this document contains 349 words, **or**

   _____ this brief uses a monospaced typeface and contains [state the number of] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   __X__ this document has been prepared in a proportionally spaced typeface using Word for Windows in 14-point font and Times New Roman type style, **or**

   _____ this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

(s) _Tina G. Fowler_

Attorney for __Defendants-Appellees__

Dated: __December 2, 2024__

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was made available to all electronic filing participants.

                                              */s/ Tina G. Fowler*
                                                Attorney of Record