# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**   Braden H. Boucek
**cc:**   Nicholas Barry
Thomas Arthur Berry
John M. Andren
John J. Bursch
John Michael Connolly
Cynthia Fleming Crawford
Donald A. Daugherty Jr.
Nicholas John DeBenedetto
James Dickey
Joshua Divine
Ransom A. Ellis III
Tina Gardner Fowler
Samuel Charles Freedlund
Wilson C. Freeman
Alan Gura
James Hasson
Kimberly S. Hermann
Mathew W. Hoffmann
Todd A. Johnson
Endel Kolde
Tyson C. Langhofer
Derek H. MacKay
Casey Mattox
Matthew R. Miller
Cameron Thomas Norris
Celia Howard O'Leary
Keith Robert Powell
Timothy Sandefur
Adam E. Schulman
Douglas Seaton
Ilya Shapiro
Adam C. Shelton
Joshua Paul Thompson
William Edward Trachman

**FROM:**   Clifford R. Jackson

**DATE:**   December 05, 2024

**RE:**   23-1374  Brooke Henderson, et al v. Springfield R-12 School District, et al
23-1880  Brooke Henderson, et al v. Springfield R-12 School District, et al

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiency shown below.

**Your paper copies of the addendum are due 5 days from the date of this notice.**

___X__The addendum filed on the docket is not included in your paper brief. Please send 30 paper copies of appellants' addendum.