Case Nos. 23-1374 & 23-1880

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON, et al.,
*Plaintiffs – Appellants,*

v.

SPRINGFIELD R-12 SCHOOL DISTRICT, et al.,
*Defendants – Appellees.*

On Appeal from the United States District Court
for the Western District of Missouri, Southern Division
No. 6:21-cv-03219 (Harpool, J.)

# APPELLANTS' AND AMICUS STATE OF MISSOURI'S JOINT MOTION FOR ADDITIONAL ARGUMENT TIME AND FOR LEAVE FOR MISSOURI TO PARTICIPATE IN ORAL ARGUMENT AND TO SPLIT ARGUMENT TIME

Pursuant to Federal Rule of Appellate Procedure 27(a) and 29(a)(8), Plaintiffs-Appellants Brooke Henderson and Jennifer Lumley and *amicus* State of Missouri move for additional argument time from the standard 20 minutes for en banc arguments to 25 minutes per side and for leave to permit *amicus* State of Missouri to participate in oral argument and to split argument time. As grounds for their motion, movants state:

1. On November 27, 2024, this Court granted Appellants' petition for rehearing en banc and directed that the case be set for argument on January 15, 2025.

2.      Although the Order did not specify the length of oral argument per side, Appellants respectfully submit the customary length of 20 minutes per side for an *en banc* rehearing is insufficient to afford a full opportunity to address the important arguments before this Court.

3.      Furthermore, the coalition of states led by Missouri that filed amicus briefs have important institutional interests in the outcome of this case because of its implications on mandatory training for public employees. They respectfully seek leave to participate in oral argument.

4.      Participation by *amicus* State of Missouri here would be analogous to the ubiquitous participation of the Federal Government as *amicus* in the Supreme Court. The U.S. Solicitor General's office participates as amicus in nearly every case in which the Federal Government has an interest. Patricia A. Millett, *Obtaining Amicus Support from the Federal Government in Supreme Court Cases*, 10 J. App. Prac. & Process 209, 210 (2009) (noting that the Federal Government appears in "seventy to eighty percent of the Supreme Court's cases every Term").

5.      Here, the State of Missouri has a very strong interest in the outcome of this case. Appellants challenge certain practices that were used at trainings for government employees. At the statewide level, Missouri employs and conducts trainings for tens of thousands of personnel. And it is political subdivisions of *amicus* State of Missouri that have been sued as defendants in this case. Missouri has a

particular interest of ensuring the rights of state employees are upheld while simultaneously not opening up training processes to undue micromanagement by courts.

6. Appellants therefore request an enlargement of time to 25 minutes per side. Appellants and the State of Missouri request leave for the State of Missouri to participate in oral argument, and permission for Appellants to cede part of its argument time to Missouri—not to exceed 5 minutes.

7. Movants make their request in good faith, and it would not cause unfair prejudice to any party or any undue delay in these proceedings.

8. On December 9, 2024, counsel for the Appellants inquired of opposing counsel their position on the requested relief. They declined to consent.

<u>December 9, 2024</u>.               Respectfully submitted,

| /s/ Joshua M. Divine | /s/ Braden H. Boucek |
|---|---|
| Joshua M. Divine, 69875MO | Kimberly S. Hermann |
| *Solicitor General* | GA Bar No. 646473 |
| Samuel C. Freedlund, 73707MO | Braden H. Boucek |
| *Deputy Solicitor General* | TN BPR No. 021399 |
| Office of the Attorney General | GA Bar No. 396831 |
| 207 West High St. | Celia H. O'Leary |
| Jefferson City, MO 65101 | GA Bar No. 747472 |
| Phone: (573) 751-8870 | Southeastern Legal Foundation |
| Josh.Divine@ago.mo.gov | 560 W. Crossville Road, Suite 104 |
| Samuel.Freedlund@ago.mo.gov | Roswell, GA 30075 |
| | Telephone: (770) 977-2131 |
| *Counsel for Amicus Curiae States* | khermann@southeasternlegal.org |
| | bboucek@southeasternlegal.org |
| | coleary@southeasternlegal.org |

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this brief contains 448 words and complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Word for Windows in 14-point font and Times New Roman type style.

<u>December 9, 2024</u>.               /s/ B. H. Boucek
                                       Braden H. Boucek

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

<u>December 9, 2024</u>.  /s/ B. H. Boucek
　　　　　　　　　　　　　　Braden H. Boucek

Appellate Case: 23-1374     Page: 5     Date Filed: 12/09/2024 Entry ID: 5464453