# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1374
_____

Brooke Henderson; Jennifer Lumley

Plaintiffs - Appellants

v.

Springfield R-12 School District; Board of Education, of the Springfield R-12 School District; Grenita Lathan

Defendants - Appellees

Martha Doenning

Defendant

Yvania Garcia-Pusateri; Lawrence Anderson

Defendants - Appellees

------------------------------

Americans for Prosperity Foundation; Alliance Defending Freedom; Foundation for Individual Rights and Expression; Defense of Freedom Institute for Policy Studies; Reason Foundation; American Civil Liberties Union of Missouri; State of Missouri; State of Arkansas; State of Georgia; State of Idaho; State of Iowa; State of Kansas; State of Kentucky; State of Montana; State of Nebraska; State of North Dakota; State of South Carolina; State of Tennessee; State of Texas; State of Utah; State of Virginia; State of West Virginia; Institute for Free Speech; Manhattan Institute; Parents Defending Education; Pacific Legal Foundation; Cato Institute; Center of the American Experiment; Goldwater Institute; Kansas Justice Institute; Mississippi Justice Institute; Show Me Institute; America First Legal Foundation; Hamilton Lincoln Law Institute; Mountain States Legal Foundation; Texas Public Policy Foundation

Amici on Behalf of Appellant(s)

Missouri School Boards' Association

Amicus on Behalf of Appellee(s)
_____

No: 23-1880
_____

Brooke Henderson; Jennifer Lumley

Plaintiffs - Appellants

v.

Springfield R-12 School District; Board of Education, of the Springfield R-12 School District; Grenita Lathan

Defendants - Appellees

Martha Doenning

Defendant

Yvania Garcia-Pusateri; Lawrence Anderson

Defendants - Appellees

------------------------------

Americans for Prosperity Foundation; Alliance Defending Freedom; Foundation for Individual Rights and Expression; Defense of Freedom Institute for Policy Studies; Reason Foundation; American Civil Liberties Union of Missouri; State of Missouri; State of Arkansas; State of Georgia; State of Idaho; State of Iowa; State of Kansas; State of Kentucky; State of Montana; State of Nebraska; State of North Dakota; State of South Carolina; State of Tennessee; State of Texas; State of Utah; State of Virginia; State of West Virginia; Institute for Free Speech; Manhattan Institute; Parents Defending Education; Pacific Legal Foundation; Cato Institute; Center of the American Experiment; Goldwater Institute; Kansas Justice Institute; Mississippi Justice Institute; Show Me Institute; America First Legal Foundation; Mountain States Legal Foundation; Texas Public Policy Foundation

Amici on Behalf of Appellant(s)

Missouri School Boards' Association

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)
(6:21-cv-03219-MDH)

---

## JUDGMENT

Before COLLOTON, Chief Judge, LOKEN, SMITH, GRUENDER, BENTON, SHEPHERD, KELLY, ERICKSON, GRASZ, STRAS, and KOBES, Circuit Judges.

These appeals from the United States District Court were originally submitted on the record of the district court, briefs of the parties and were argued by counsel.

Upon reconsideration and rehearing before the court en banc, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed, vacated, and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

December 30, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler