UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Brooke Henderson, et al. vs. Springfield R-12 School District, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1374 for the following party(s): (please specify)

Brooke Henderson; Jennifer Lumley

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Kimberly S Hermann    s/: Kimberly S Hermann

Firm Name: Southeastern Legal Foundation

Business Address: 560 West Crossville Rd. Ste 104

City/State/Zip: Roswell, GA 30075

Telephone Number (Area Code): (770) 977-2131

Email Address: khermann@southeasternlegal.org

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 3/10/23, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: