UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Brooke Henderson, et al _____ vs. Springfield R-12 School District, et al _____

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1374 _____ for the following party(s): (please specify)

Defendants - Appellees:  Springfield R-12 School District; Board of Education of the Springfield R-12 School District; Grenita Lathan; Yvania Garcia-Pusateri; and Lawrence Anderson.

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER.  Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Tina G. Fowler _____ s/: _____

Firm Name: Ellis Ellis Hammons & Johnson, P.C. _____

Business Address: 2808 S. Ingram Mill Rd., Suite A-104 _____

City/State/Zip: Springfield/Missouri/65804 _____

Telephone Number (Area Code): (417) 866-5091 _____

Email Address: tfowler@eehjfirm.com _____

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 3-10-2023 _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: