# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1374

Brooke Henderson and Jennifer Lumley

Appellants

v.

Springfield R-12 School District, et al.

Appellees

Martha Doenning

Yvania Garcia-Pusateri and Lawrence Anderson

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)
_____

**ORDER**

This appeal was held in abeyance pending a ruling on the motion for attorney's fees in the U.S. District Court for the Western District of Missouri. The U.S. District Court for the Western District of Missouri has issued a ruling on the motion for attorney's fees. Accordingly, the case is removed from abeyance status and the briefing schedule is resumed. Brief of Brooke Henderson and Jennifer Lumley due 05/11/2023. Appendix due on 05/11/2023

April 11, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans