Case No. 23-1374

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

BROOKE HENDERSON and JENNIFER LUMLEY,
*Plaintiffs – Appellants,*

v.

SCHOOL DISTRICT OF SPRINGFIELD R12 ("SPRINGFIELD PUBLIC SCHOOLS"), BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF SPRINGFIELD R12, GRENITA LATHAN in her official capacity as Superintendent of Springfield Public Schools, YVANIA GARCIA-PUSATERI in her official capacity as Chief Equity and Diversity Officer of Springfield Public Schools, and LAWRENCE ANDERSON in his official capacity as Coordinator of Equity and Diversity for Springfield Public Schools,
*Defendants – Appellees.*

On Appeal from the United States District Court
for the Western District of Missouri, Southern Division
No. 6:21-cv-03219 (Harpool, J.)

## APPELLANTS' STATEMENT OF ISSUES

Kimberly S. Hermann
Braden H. Boucek
Celia Howard O'Leary
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
(770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org

*Attorneys for Plaintiffs-Appellants*

Appellants Brooke Henderson and Jennifer Lumley anticipate submitting the following issues in their opening brief:

1. Whether the district court erred in holding Plaintiffs-Appellants lacked injury-in-fact when they alleged that Defendants-Appellees unconstitutionally compelled their speech.

2. Whether the district court erred in holding Plaintiffs-Appellants lacked injury-in-fact when they alleged that Defendants-Appellees engaged in viewpoint discrimination and chilled their speech.

3. Whether the district court erred in holding Plaintiffs-Appellants did not suffer an unconstitutional condition of employment.

4. Whether the district court erred in holding that, even if Plaintiffs-Appellants could demonstrate injury-in-fact, it would grant summary judgment to Defendants-Appellees on all claims.

5. Whether the district court erred in holding that Plaintiffs-Appellants' claims were frivolous.

6. Whether the district court erred in awarding Defendants-Appellees attorney fees in the amount of $312,869.50.

| April 13, 2023. | /s/ Braden H. Boucek |
|---|---|
| | Kimberly S. Hermann |
| | Braden H. Boucek |
| | Celia Howard O'Leary |
| | SOUTHEASTERN LEGAL FOUNDATION |
| | 560 W. Crossville Rd., Ste. 104 |
| | Roswell, GA 30075 |
| | (770) 977-2131 |
| | khermann@southeasternlegal.org |
| | bboucek@southeasternlegal.org |
| | coleary@southeasternlegal.org |

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

| April 13, 2023. | /s/ Braden H. Boucek |
|---|---|
| | BRADEN H. BOUCEK |